AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, on behalf of themselves and all others similarly situated, *Plaintiff(s)* <br> v. <br> ORACLE CORPORATION, SAFRA A. CATZ, MARK HURD, LAWRENCE J. ELLISON, THOMAS KURIAN, KEN BOND, and STEVE MIRANDA, *Defendant(s)* | Civil Action No. 5:18-cv-04844-BLF |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   SEE ATTACHMENT A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Avi Josefson
> Bernstein Litowitz Berger & Grossmann LLP
> 1251 Avenue of the Americas, 44th Floor
> New York, NY 10020
> Tel: (212) 554-1493

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:  8/13/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT A TO SUMMONS

## DEFENDANTS' NAMES AND ADDRESSES

Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94065


Safra A. Catz
13113 Byrd Ln.
Los Altos Hills, CA 94022


Mark Hurd
127 Tuscaloosa Ave.
Atherton, CA 94027


Lawrence J. Ellison
101 Ygnacio Valley Rd., Ste. 320
Walnut Creek, CA 94596


Thomas Kurian
189 Greenoaks Dr.
Atherton, CA 94027


Ken Bond
20295 La Paloma Ave.
Saratoga, CA 95070


Steve Miranda
53 James Ave.
Atherton, CA 94027