**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, on behalf of themselves and all others similary situated**

CIVIL ACTION NO.: 5:18-CV -04844-BLF

vs *Plaintiff*

**ORACLE CORPORATION, ET AL**

*Defendant*

## AFFIDAVIT OF SERVICE

State of California }
County of Sacramento } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the State of California,

That on **08/15/2018** at **11:15 AM** at **2710 Gateway Oaks Dr. Ste 150N, Sacramento, CA 95833**

deponent served **Summons in a Civil Action and Complaint, for Violations of the Federal Securities Laws, Order Setting Initial Case Management Conference and ADR Deadlines, Judge Freeman's Jury Pretrial Standing Order, Judge Freeman's Standing Order for Civil Cases, Judge Freeman's Bench Pretrial Standing Order, Standing Order for All Judges-Joint Case Management Statement, San Jose Judge's Standing Order and Magistrate Judge Consent or Declination Form**

on **Oracle Corporation** , a domestic corporation, c/o CSC - Lawyers Incorporating Service, Registered Agent,

by delivering thereat a true copy of each to **Becky DeGeorge (authorized to accept service)** personally.

Description of Person Served:
Gender : Female
Skin : White
Hair : Blonde
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :161-200 Lbs.
Other :

Sworn to before me this
day of August, 2018

See attached CA Jurat

NOTARY PUBLIC

[signature] 8-16-18
Steven Glaeser
Sacramento County License No. 2013-144

**CALIFORNIA JURAT WITH AFFIANT STATEMENT** **GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

*Signature of Document Signer No. 1* *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Sacramento

Subscribed and sworn to (or affirmed) before me on this 16th (*Date*) day of August (*Month*), 20 18 (*Year*), by

(1) Stephen Glaeser

(and (2) XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX ),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ANDREW F. X. GILBERT
Notary Public - California
Sacramento County
Commission # 2182112
My Comm. Expires Mar 2, 2021

Signature [signature]
Andrew FX Gilbert, Notary Public

*Seal*
*Place Notary Seal Above*

**OPTIONAL**

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

**Title or Type of Document:** Affidavit of Service **Document Date:** 8/16/2018

**Number of Pages:** 1 **Signer(s) Other Than Named Above:** XXXXXXXXXXXXXXXXXXXXXXXXXXX

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5910