1 | JORDAN ETH (BAR NO. 121617)
JEth@mofo.com
2 | MORRISON & FOERSTER LLP
425 Market Street
3 | San Francisco, California  94105-2482
Telephone: 415.268.7000
4 | Facsimile:  415.268.7522

5 | Attorneys for Defendants
ORACLE CORPORATION, SAFRA A. CATZ, MARK
6 | HURD, LAWRENCE J. ELLISON, THOMAS KURIAN,
KEN BOND, and STEVE MIRANDA
7 |
DORIAN DALEY (BAR NO. 129049)
8 | dorian.daley@oracle.com
DEBORAH K. MILLER (BAR NO. 95527)
9 | deborah.miller@oracle.com
JAMES C. MAROULIS (BAR NO. 208316)
10 | jim.maroulis@oracle.com
ORACLE CORPORATION
11 | 500 Oracle Parkway
Redwood Shores, California  94065
12 | Telephone: 650.506.5200
Facsimile:  650.506.7114
13 |
Attorneys for Defendant
14 | ORACLE CORPORATION

15 |
                    UNITED STATES DISTRICT COURT
16 |
                  NORTHERN DISTRICT OF CALIFORNIA
17 |
                          SAN JOSE DIVISION
18 |

19 |
CITY OF SUNRISE FIREFIGHTERS'          Case No.: 5:18-cv-04844-BLF
20 | PENSION FUND, on behalf of themselves
and all others similarly situated,      **STIPULATION AND [PROPOSED]**
21 |                                        **ORDER EXTENDING DEFENDANTS'**
                        Plaintiff,         **RESPONSE DEADLINE PENDING**
22 |                                        **APPOINTMENT OF LEAD**
                                           **PLAINTIFF AND LEAD COUNSEL**
23 |         v.                             **AND VACATING INITIAL CASE**
                                           **MANAGEMENT CONFERENCE**
24 | ORACLE CORPORATION, SAFRA A.
CATZ, MARK HURD, LAWRENCE J.
25 | ELLISON, THOMAS KURIAN, KEN
BOND, and STEVE MIRANDA,
26 |
                        Defendants.
27 |

28 |

STIPULATION AND [PROPOSED] ORDER
Case No. 5:18-cv-04844-BLF

All parties, through their undersigned counsel, hereby submit this Stipulation deferring Defendants' deadlines to respond to the complaint pursuant to Civil Local Rule 6-1(a), and vacating the initial case management conference and related deadlines.

**RECITALS**

WHEREAS, on August 10, 2018, Plaintiff City of Sunrise Firefighters' Pension Fund, individually and on behalf of all others similarly situated, filed a putative class action complaint (the "Complaint") captioned *City of Sunrise Firefighters' Pension Fund v. Oracle Corporation, et al.*, No. 5:18-cv-04844, against defendants Oracle Corporation, Safra A. Catz, Mark Hurd, Lawrence J. Ellison, Thomas Kurian, Ken Bond, and Steve Miranda (collectively, "Defendants") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§ 78j(b) and 78t(a), and Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5;

WHEREAS, on August 10, 2018, the Court issued an order setting an initial case management conference for November 8, 2018, and associated deadlines have been scheduled pertaining to the submission of a Rule 26(f) report and joint case management statement, and to certain ADR requirements, in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules;

WHEREAS, counsel for Defendants executed waivers of service on behalf of Defendants;

WHEREAS, this action is subject to the procedural requirements of the Private Securities Litigation Reform Act of 1995 ("Reform Act"), 15 U.S.C. § 78u-4, which contemplates the consolidation of similar actions and the appointment of lead plaintiff and lead counsel;

WHEREAS, it is anticipated that a consolidated amended complaint will be filed following the Court's appointment of a lead plaintiff and lead counsel;

WHEREAS, there is a stay of discovery in this action pursuant to the Reform Act, 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, counsel for the undersigned parties agree and respectfully submit to the Court that deferring the response deadlines for all Defendants until after the Court appoints a lead plaintiff and lead counsel pursuant to the Reform Act is prudent and will conserve party and

1    judicial resources.  The parties further agree that an initial case management conference, attendant

2    deadlines, and related ADR procedures are premature before the Court's appointment of a lead

3    plaintiff and should be deferred until the initial case management conference is reset; and

4          WHEREAS, there have been no requests for an extension of time previously made in this

5    matter.

6                                           **STIPULATION**

7          NOW, THEREFORE, the undersigned hereby stipulate, subject to Court approval, as

8    follows:

9          1.      Defendants shall have no obligation to respond to the Complaint until after the

10   Court appoints a lead plaintiff and lead counsel.

11         2.      Counsel for Defendants will meet and confer with counsel for the Court-appointed

12   lead plaintiff within fourteen (14) days after the Court makes its appointment to discuss a

13   schedule for the filing of any consolidated amended complaint and Defendants' responses thereto.

14         3.      Defendants and the Court-appointed lead plaintiff shall promptly thereafter submit

15   a proposed schedule, subject to Court order, for the filing of any consolidated complaint and

16   Defendants' response thereto.

17         4.      In the interests of judicial economy and preserving the resources of the parties and

18   the Court, the parties agree that the Case Management Conference that is presently scheduled for

19   November 8, 2018, should be vacated and reset after the Court enters a schedule for the filing of

20   any consolidated amended complaint and Defendants' responses thereto.  The parties also agree

21   that related deadlines, including ADR requirements, should be deferred until after the initial case

22   management conference is reset.

23         5.      No party is waiving any rights, claims, or defenses of any kind except as expressly

24   stated herein.

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                                                         3
Case No. 5:18-cv-04844-BLF

1

2
Dated: September 4, 2018                    MORRISON & FOERSTER LLP

3
                                           By:   s/ Jordan Eth
4                                                _____
                                                 Jordan Eth

5                                          Attorneys for Defendants
                                           ORACLE CORPORATION,
6                                          SAFRA A. CATZ, MARK HURD,
                                           LAWRENCE J. ELLISON, THOMAS
7                                          KURIAN, KEN BOND, and STEVE
                                           MIRANDA

8
Dated: September 4, 2018                    BERNSTEIN LITOWITZ BERGER
9                                             & GROSSMANN LLP

10                                         By:   /s/ David R. Stickney
                                                 _____

11

12                                         David R. Stickney (Bar No. 188574)
                                           12481 High Bluff Drive, Suite 300
13                                         San Diego, CA 92130
                                           Tel: (858) 793-0070
14                                         Fax: (858) 793-0323
                                           Email: davids@blbglaw.com

15                                         Attorneys for Plaintiff
                                           CITY OF SUNRISE FIREFIGHTERS'
16                                         PENSION FUND

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2

Pursuant to stipulation, it is SO ORDERED.

3

4

_____

5

HON. BETH LABSON FREEMAN
United States District Judge

6

Dated:  September 7,       2018

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28