**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

-and-

MARK LEBOVITCH
(markl@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Proposed Lead Plaintiff Union Asset Management Holding AG and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, on behalf of themselves and all others similarly situated,

Plaintiff,

v.

ORACLE CORPORATION, SAFRA A. CATZ, MARK HURD, LAWRENCE J. ELLISON, THOMAS KURIAN, KEN BOND, and STEVE MIRANDA,

Defendants.

Case No. 5:18-cv-04844-BLF

CLASS ACTION

**CERTIFICATION OF COUNSEL AVI JOSEFSON PURSUANT TO CIVIL LOCAL RULE 3-7(d)**

Judge: Honorable Beth Labson Freeman

TO THE COURT AND ALL PARTIES OF RECORD:

In accordance with Civil Local Rule 3-7(d), I, Avi Josefson, declare as follows:

Exclusive of securities held through mutual or index funds, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this ninth day of October, 2018.

*/s/ Avi Josefson*
AVI JOSEFSON

**E-FILING ATTESTATION**

I, David R. Stickney, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Avi Josefson has concurred in this filing.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ David R. Stickney*
DAVID R. STICKNEY

DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

*Counsel for Proposed Lead Plaintiff Union Asset Management Holding AG and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ David R. Stickney*
DAVID R. STICKNEY

DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

*Counsel for Proposed Lead Plaintiff Union Asset Management Holding AG and Proposed Lead Counsel for the Class*