BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

-and-

JOHN RIZIO-HAMILTON (admitted *pro hac vice*)
(johnr@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiff Union Asset Management Holding AG and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, SAFRA A. CATZ, MARK HURD, LAWRENCE J. ELLISON, THOMAS KURIAN, KEN BOND, and STEVE MIRANDA,<br><br>Defendants. | Case No. 18-cv-4844-BLF<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that KATE W. AUFSES, of the law firm Bernstein Litowitz Berger and Grossmann LLP, hereby requests the Court withdraw her as counsel of record in this matter on behalf of Lead Plaintiff Union Asset Management Holding AG, and the class.

Pursuant to LR 11.5(a), attached hereto as Exhibit A is a [Proposed] Order Granting Withdrawal of Counsel for entry by the Court.

Dated: January 3, 2019

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Kate W. Aufses*
KATE W. AUFSES

David R. Stickney (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

-and-

JOHN RIZIO-HAMILTON (appearing *pro hac vice*)
(johnr@blbglaw.com)
KATE W. AUFSES
(kate.aufses@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiff Union Asset Management Holding AG and Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I, Kate W. Aufses, hereby certify that on January 3, 2019, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF COUNSEL to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Kate W. Aufses*
KATE W. AUFSES