BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

-and-

JOHN RIZIO-HAMILTON (admitted *pro hac vice*)
(johnr@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiff Union Asset Management Holding AG and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, SAFRA A. CATZ, MARK HURD, LAWRENCE J. ELLISON, THOMAS KURIAN, KEN BOND, and STEVE MIRANDA,<br><br>Defendants. | Case No. 18-cv-4844-BLF<br><br>CLASS ACTION<br><br>~~[PROPOSED]~~ **ORDER GRANTING WITHDRAWAL OF COUNSEL** |

**~~[PROPOSED]~~ ORDER**

Upon consideration of Lead Plaintiff's Notice of Withdrawal of Counsel, it is HEREBY ORDERED that Kate W. Aufses is hereby withdrawn as counsel of record on behalf of Lead Plaintiff Union Asset Management Holding AG, and the class.

The Clerk of the Court is directed to remove Kate W. Aufses from the record and from the Court's ECF System for this case.

DATED: January 4, 2019

HON. BETH LABSON FREEMAN
United States District Judge