**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

- and -

JOHN R. RIZIO-HAMILTON
ABE ALEXANDER
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Lead Counsel for Lead Plaintiff Union Asset Management Holding AG*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, on behalf of themselves and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, et al.<br><br>Defendants. | Case No. 18-cv-04844-BLF<br><br>**INITIAL SCHEDULING STIPULATION AND ~~[PROPOSED]~~ ORDER** |

WHEREAS, on December 21, 2018, the Court issued an Order appointing Union Asset Management Holding AG ("Union" or "Lead Plaintiff") Lead Plaintiff in the above-captioned action (the "Action") (ECF No. 22);

WHEREAS, on September 7, 2018, the Court issued an Order requiring that, within 14 days after the Court appoints lead plaintiff and lead counsel, the parties meet to discuss a schedule for filing an Amended Complaint and responses to it, and promptly thereafter submit a proposed scheduling order for the Court's consideration (ECF No. 16);

WHEREAS, Lead Plaintiff intends to file an Amended Complaint superseding the existing complaint (the "Amended Complaint"); and

WHEREAS, based on their review of the initial complaint, Defendants anticipate they may move to dismiss the forthcoming Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, and subject to the approval of the Court, that:

1. The Action shall be restyled as *In re Oracle Corporation Securities Litigation*, No. 5:18-cv-04844-BLF.

2. Lead Plaintiff shall file its Amended Complaint on March 8, 2019.

3. Defendants shall move against, answer, or otherwise respond to the Amended Complaint on April 19, 2019.

4. If Defendants file a motion to dismiss, Lead Plaintiff may file a brief in opposition to Defendants' motion to dismiss on May 31, 2019.

5. Defendants may file their reply to Lead Plaintiff's opposition on June 21, 2019.

Dated: January 4, 2019

/s/ John R. Rizio-Hamilton

/s/ Philip T. Besirof

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JOHN R. RIZIO-HAMILTON
ABE ALEXANDER
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Lead Counsel for Lead Plaintiff Union Asset Management Holding AG*

**MORRISON & FOERSTER LLP**
JORDAN ETH
PHILIP T. BESIROF
ROBERT W. MAY
425 Market Street
San Francisco, CA 94105
New York, NY 10004
Tel: (415) 268-7000
Fax: (415) 268-7522

*Attorneys for Defendants Oracle Corporation, et al.*

* * *

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: January 7, 2019

BETH LABSON FREEMAN
United States District Judge