BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

-and-

JOHN RIZIO-HAMILTON (admitted *pro hac vice*)
(johnr@blbglaw.com)
ABE ALEXANDER (admitted *pro hac vice*)
(abe.alexander@blbglaw.com)
JULIA TEBOR (admitted *pro hac vice*)
(Julia.tebor@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiff Union Asset Management Holding AG and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. 5:18-cv-04844-BLF<br><br>CLASS ACTION<br><br>**CERTIFICATION OF COUNSEL JULIA TEBOR PURSUANT TO CIVIL LOCAL RULE 3-7(d)** |

TO THE COURT AND ALL PARTIES OF RECORD:

In accordance with Civil Local Rule 3-7(d), I, Julia Tebor, declare as follows:

Exclusive of securities held through mutual or index funds, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of January, 2019, in New York, New York.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Julia Tebor*
JULIA TEBOR

JULIA TEBOR (admitted *pro hac vice*)
(Julia.tebor@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiffs Union Asset Management Holding AG and Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2019, I caused the foregoing CERTIFICATION OF COUNSEL JULIA TEBOR PURSUANT TO CIVIL LOCAL RULE 3-7(d) to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Julia Tebor*
JULIA TEBOR