BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
-and-
MARK LEBOVITCH (admitted *Pro Hac Vice*)
(markr@blbglaw.com)
JOHN RIZIO-HAMILTON (admitted *Pro Hac Vice*)
(johnr@blbglaw.com)
ABE ALEXANDER (admitted *Pro Hac Vice*)
(abe.alexander@blbglaw.com)
JULIA K. TEBOR (admitted *Pro Hac Vice*)
(julia.tebor@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION, | Case No. 18-cv-4844-BLF<br><br>ECF CASE<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO THE COURT AND TO ALL PARTIES OF RECORD AND THEIR COUNSEL:

Please note the appearance of the undersigned Jonathan D. Uslaner of Bernstein Litowitz Berger & Grossmann LLP, 12481 High Bluff Drive, Suite 300, San Diego, California 92130; phone number (858) 793-0070; email: jonathanu@blbglaw.com, as counsel for Plaintiff City of Sunrise Firefighters' Pension Fund and Lead Plaintiff Union Asset Management Holding AG in the above-captioned action. The undersigned respectfully requests to be included via e-mail on the Court's notification of all electronic filings in this Action

Dated: March 13, 2019

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER

DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
-and-
MARK LEBOVITCH (admitted *Pro Hac Vice*)
(markr@blbglaw.com)
JOHN RIZIO-HAMILTON (admitted *Pro Hac Vice*)
(johnr@blbglaw.com)
ABE ALEXANDER (admitted *Pro Hac Vice*)
(abe.alexander@blbglaw.com)
JULIA K. TEBOR (admitted *Pro Hac Vice*)
(julia.tebor@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiffs and Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing system.

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER

JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323