BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
-and-
MARK LEBOVITCH (admitted *Pro Hac Vice*)
(markr@blbglaw.com)
JOHN RIZIO-HAMILTON (admitted *Pro Hac Vice*)
(johnr@blbglaw.com)
ABE ALEXANDER (admitted *Pro Hac Vice*)
(abe.alexander@blbglaw.com)
JULIA K. TEBOR (admitted *Pro Hac Vice*)
(Julia.Tebor@blbglaw.com)
1251 Avenue of the Americas
New York, NY

*Counsel for Plaintiffs and the Class*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION, | Case No. 18-cv-4844-BLF<br><br>ECF CASE<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO THE COURT AND TO ALL PARTIES OF RECORD AND THEIR COUNSEL:

PLEASE TAKE NOTICE that David R. Stickney is no longer associated with the firm of Bernstein Litowitz Berger & Grossmann LLP as of March 15, 2019, and respectfully requests that he be withdrawn pursuant to Civ. L.R. 11-5 as counsel for Plaintiff City of Sunrise Firefighters' Pension Fund, and Lead Plaintiff Union Asset Management Holding AG, in the above-captioned action. Bernstein Litowitz Berger & Grossmann LLP, through the additional counsel of record

listed below, will continue to serve as counsel for Plaintiffs and the Class, and all future correspondence and papers in this action should continue to be directed to them.

Dated: March 15, 2019

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ David R. Stickney*
DAVID R. STICKNEY

DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
-and-
MARK LEBOVITCH (admitted *Pro Hac Vice*)
(markr@blbglaw.com)
JOHN RIZIO-HAMILTON (admitted *Pro Hac Vice*)
(johnr@blbglaw.com)
ABE ALEXANDER (admitted *Pro Hac Vice*)
(abe.alexander@blbglaw.com)
JULIA K. TEBOR (admitted *Pro Hac Vice*)
(Julia.Tebor@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiffs and Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing system.

*/s/ David R. Stickney*
DAVID R. STICKNEY

DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323