JORDAN ETH (CA SBN 121617)
JEth@mofo.com
MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
ROBERT W. MAY (CA SBN 295566)
RMay@mofo.com
SU-HAN WANG (CA SBN 284863)
SWang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
ORACLE CORPORATION, SAFRA A. CATZ, MARK HURD, LAWRENCE J. ELLISON, THOMAS KURIAN, KEN BOND, and STEVE MIRANDA

JAMES C. MAROULIS (SBN 208316 )
Jim.Maroulis@oracle.com
ORACLE CORPORATION
500 Oracle Parkway
Mail Stop 5OP7
Redwood City, California 94065
Telephone: 650.506.5200
Facsimile: 650.506.7114

Attorney for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Oracle Corporation Securities Litigation,* | Case No. 18-cv-4844-BLF<br><br>ECF CASE<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Honorable Beth Labson Freeman<br><br>[N.D. Cal. Civil L.R. 7-11] |

Pursuant to Civil L.R. 3-12 and 7-11, Defendants Oracle Corporation ("Oracle"), Safra A. Catz, Mark Hurd, Lawrence J. Ellison, Thomas Kurian, Ken Bond, and Steve Miranda hereby notify the Court of a potentially related case filed in this District entitled *Chugh, et al. v. Berg, et al.*, Case No. 5:19-cv-00764 (the "Derivative Action"), which was assigned to the Honorable Lucy H. Koh on April 17, 2019.

This securities class action (the "Securities Class Action") and the Derivative Action concern substantially the same transactions, events, and factual allegations and it will be unduly burdensome and a duplication of labor and expense if the cases are conducted before different judges. In fact, the parties in the Derivative Action have stipulated to a temporary stay of the Derivative Action in favor of the Securities Class Action precisely because of the "substantial overlap between the facts and circumstances" alleged in the Derivative Action and the Securities Class Action, "including the relevance of many of the same documents and witnesses." (Case 5:19-cv-00764, ECF No. 24.) In the Derivative Action, plaintiffs, purporting to sue derivatively on behalf of Oracle, seek to recover from Oracle's board of directors for the same alleged harm at issue in the Securities Class Action. Three of the named defendants in the Derivative Action, as well as nominal defendant Oracle, are also named defendants in the Securities Class Action. Additionally, plaintiffs in the Derivative Action assert a claim under Section 10(b) of the Securities and Exchange Act of 1934, which is one of the claims asserted in the Securities Class Action. Much of the relief requested in the Derivative Action is also contingent on the outcome of the Securities Class Action.

In accordance with Civil L.R. 3-12(b), this motion, together with proof of service pursuant to Civil L.R. 5-5, will be served on all known parties to the Derivative Action. Moreover, a courtesy copy of the motion will be lodged with Judge Koh under Civil L.R. 5-1(e)(7).

Dated: April 18, 2019

MORRISON & FOERSTER LLP

By: */s/ Jordan Eth*
Jordan Eth

Attorneys for Defendants
ORACLE CORPORATION, SAFRA A. CATZ, MARK HURD, LAWRENCE J. ELLISON, THOMAS KURIAN, KEN BOND, and STEVE MIRANDA