**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Oracle Corporation Securities Litigation* | Case No. 5:18-cv-4844-BLF<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date: October 17, 2019<br>Time: 9:00 a.m.<br>Ctrm: 3, Fifth Floor<br>Judge: Hon. Beth Labson Freeman |

**[PROPOSED] ORDER**

Defendants Oracle Corporation, Safra A. Catz, Mark Hurd, Lawrence J. Ellison, Thomas Kurian, Ken Bond, and Steve Miranda have moved the Court, pursuant to Fed. R. Civ. P. 8, 9(b), and 12(b)(6), as well as the Private Securities Litigation Reform Act of 1995 to dismiss Plaintiff's Consolidated Class Action Complaint filed on March 8, 2019.

The matter came on for hearing on October 17, 2019, at 9:00 a.m. Having considered all the papers filed by the parties in connection with Defendants' motion to dismiss, the parties' arguments at the hearing on this matter, and the exhibits attached to the declaration of Robert W. May that are incorporated by reference into the Complaint or matters of which the Court may take judicial notice, Defendants' motion is GRANTED, and Plaintiffs' Complaint is DISMISSED in its entirety.

IT IS SO ORDERED this ____ day of _________________________, 2019.

_______________________________________
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT