JORDAN ETH (CA SBN 121617)
JEth@mofo.com
MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
ROBERT W. MAY (CA SBN 295566)
RMay@mofo.com
SU-HAN WANG (CA SBN 284863)
SWang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
ORACLE CORPORATION, SAFRA A. CATZ,
MARK HURD, LAWRENCE J. ELLISON,
THOMAS KURIAN, KEN BOND, and STEVE MIRANDA

JAMES C. MAROULIS (CA SBN 208316)
Jim.Maroulis@oracle.com
ORACLE CORPORATION
500 Oracle Parkway
Mail Stop 5OP7
Redwood City, California 94065
Telephone: 650.506.5200
Facsimile: 650.506.7114

Attorney for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

*In re Oracle Corporation Securities Litigation*

Case No. 5:18-cv-4844-BLF

**CLASS ACTION**

**DECLARATION OF ROBERT W. MAY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT**

Date: October 17, 2019
Time: 9:00 a.m.
Ctrm: 3, Fifth Floor
Judge: Hon. Beth Labson Freeman

I, ROBERT W. MAY, declare:

I am a member of the bar of the State of California and am admitted to practice before this Court. I am counsel of record for Defendants Oracle Corporation ("Oracle"), Safra A. Catz, Mark Hurd, Lawrence J. Ellison, Thomas Kurian, Ken Bond, and Steve Miranda. I submit this Declaration in support of Defendants' Motion to Dismiss Plaintiff's Consolidated Class Action Complaint ("Complaint"), filed on April 19, 2019. I make this Declaration based on facts that I personally know, except where otherwise indicated. If called as a witness, I would testify to the facts listed below.

1. Attached as **Exhibit 1** is a true and correct copy of a transcription of Oracle's earnings conference call held on March 15, 2017, regarding results of the Third Quarter of Fiscal Year 2017. Exhibit 1 is cited or referenced in the Complaint, for example, in ¶¶ 8, 69, 212-214.

2. Attached as **Exhibit 2** is a true and correct copy of a transcription of Oracle's earnings conference call held on June 21, 2017, regarding results of the Fourth Quarter of Fiscal Year 2017 and the Fiscal Year overall. Exhibit 2 is cited or referenced in the Complaint, for example, in ¶¶ 74, 75, 188, 193, 232-234.

3. Attached as **Exhibit 3** is a true and correct copy of a transcription of Oracle's earnings conference call held on September 14, 2017, regarding results of the First Quarter of Fiscal Year 2018. Exhibit 3 is cited or referenced in the Complaint, for example, in ¶¶ 79, 188, 207(b), 244, 245, 247.

4. Attached as **Exhibit 4** is a true and correct copy of a transcription of Oracle's earnings conference call held on December 14, 2017, regarding results of the Second Quarter of Fiscal Year 2018. Exhibit 4 is cited or referenced in the Complaint, for example, in ¶¶ 260, 261, 263, 264, 266.

5. Attached as **Exhibit 5** is a true and correct copy of a transcription of Oracle's earnings conference call held on March 19, 2018, regarding results of the Third Quarter of Fiscal Year 2018. Exhibit 5 is cited or referenced in the Complaint, for example, in ¶¶ 159, 268.

6. Attached as **Exhibit 6** is a true and correct copy of a transcription of Oracle's earnings conference call held on June 19, 2018, regarding results of the Fourth Quarter of Fiscal

Year 2018 and the Fiscal Year overall. Exhibit 6 is cited or referenced in the Complaint, for example, in ¶¶ 22, 286.

7. Attached as **Exhibit 7** is a true and correct copy of Oracle's March 15, 2017, Earnings Release regarding results of the Third Quarter of Fiscal Year 2017. Exhibit 7 is cited or referenced in the Complaint, for example, in ¶¶ 8, 68, 209, 210.

8. Attached as **Exhibit 8** is a true and correct copy of Oracle's June 21, 2017, Earnings Release regarding results of the Fourth Quarter of Fiscal Year 2017 and the Fiscal Year overall. Exhibit 8 is cited or referenced in the Complaint, for example, in ¶¶ 9, 73, 227, 229.

9. Attached as **Exhibit 9** is a true and correct copy of Oracle's September 14, 2017, Earnings Release regarding results of the First Quarter of Fiscal Year 2018. Exhibit 9 is cited or referenced in the Complaint, for example, in ¶ 242.

10. Attached as **Exhibit 10** is a true and correct copy of Oracle's December 14, 2017, Earnings Release regarding results of the Second Quarter of Fiscal Year 2018. Exhibit 10 is cited or referenced in the Complaint, for example, in ¶¶ 154, 155.

11. Attached as **Exhibit 11** is a true and correct copy of Oracle's March 19, 2018, Earnings Release regarding results of the Third Quarter of Fiscal Year 2018. Exhibit 11 is cited or referenced in the Complaint, for example, in ¶¶ 159, 280.

12. Attached as **Exhibit 12** is a true and correct copy of Oracle's June 19, 2018, Earnings Release regarding results of the Fourth Quarter of Fiscal Year 2018 and the Fiscal Year overall. Exhibit 12 is cited or referenced in the Complaint in ¶¶ 169, 286.

13. Attached as **Exhibit 13** is a true and correct copy of excerpts of Oracle's Form 10-K for the fiscal year ended May 31, 2017, as filed with the SEC on June 27, 2017. Exhibit 13 is cited or referenced in the Complaint, for example, in ¶ 240.

14. Attached as **Exhibit 14** is a true and correct copy of excerpts of Oracle's Form 10-Q for the fiscal quarter ended August 31, 2017, as filed with the SEC on September 18, 2017. Exhibit 14 is cited or referenced in the Complaint, for example, in ¶ 250.

15. Attached as **Exhibit 15** is a true and correct copy of excerpts of Oracle's Form 10-K for the fiscal year ended May 31, 2018, as filed with the SEC on June 22, 2018.

16. Attached as **Exhibit 16** is a true and correct copy of excerpts of Oracle's Schedule 14A as filed with the SEC on September 28, 2017. Exhibit 16 is cited or referenced in the Complaint, for example, in ¶¶ 32, 317.

17. Attached as **Exhibit 17** is a true and correct copy of excerpts of Oracle's Schedule 14A as filed with the SEC on September 26, 2018. Exhibit 17 is cited or referenced in the Complaint, for example, in ¶¶ 32, 317.

18. Attached as **Exhibit 18** is a true and correct copy of an analyst report published by MUFG US Equity Research titled "Solid Quarter Ahead of OpenWorld; Reiterate Overweight," dated September 14, 2017. Exhibit 18 is cited or referenced in the Complaint, for example, in ¶ 249.

19. Attached as **Exhibit 19** is a true and correct copy of a transcription of Oracle's company conference presentation held on November 7, 2017. Exhibit 19 is cited or referenced in the Complaint, for example, in ¶¶ 80, 188, 254.

20. Attached as **Exhibit 20** are true and correct copies of Thomas Kurian's Forms 4 filed with the SEC reflecting his stock sales during the class period as alleged in ¶ 201 of the Complaint.

(a) Pages 1-2 are Kurian's Form 4 filed with the SEC on July 19, 2017.

(b) Pages 3-4 are Kurian's Form 4 filed with the SEC on January 19, 2018.

(c) Pages 5-6 are Kurian's Form 4 filed with the SEC on April 25, 2018.

(d) Pages 7-8 are Kurian's Form 4 filed with the SEC on April 30, 2018.

(e) Pages 9-10 are Kurian's Form 4 filed with the SEC on May 2, 2018.

(f) Pages 11-12 are Kurian's Form 4 filed with the SEC on May 4, 2018.

21. To approximate what percentage of his available Oracle holdings was sold by Defendant Kurian during the class period, the total number of shares sold was divided by the 11,462,940 shares beneficially owned by Defendant Kurian as of September 18, 2017 (Ex. 16 at 24), which is approximately 34%.

22. Attached as **Exhibit 21** is a true and correct copy of data regarding the daily stock price for Oracle's common stock (stock symbol "ORCL") for the period February 1, 2017, through June 29, 2018. This chart was prepared by a paralegal at Morrison & Foerster LLP working at my direction, by downloading the data from Yahoo! Finance, https://finance.yahoo.com/quote/ORCL/history?period1=1485925200&period2=1530417600&interval=1d&filter=history&frequency=1d, on or about April 17, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in San Francisco, California, on this 19th day of April, 2019.

Robert W. May