| | |
|---|---|
| 1 | JORDAN ETH (CA SBN 121617) |
|   | JEth@mofo.com |
| 2 | MARK R.S. FOSTER (CA SBN 223682) |
|   | MFoster@mofo.com |
| 3 | ROBERT W. MAY (CA SBN 295566) |
|   | RMay@mofo.com |
| 4 | SU-HAN WANG (CA SBN 284863) |
|   | SWang@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
|   | Telephone:    415.268.7000 |
| 7 | Facsimile:    415.268.7522 |
| 8 | Attorneys for Defendants |
|   | ORACLE CORPORATION, SAFRA A. CATZ, MARK HURD, |
| 9 | LAWRENCE J. ELLISON, THOMAS KURIAN, KEN BOND, |
|   | and STEVE MIRANDA |
| 10 | |
| 11 | JAMES C. MAROULIS (CA SBN 208316) |
|    | Jim.Maroulis@oracle.com |
|    | ORACLE CORPORATION |
| 12 | 500 Oracle Parkway |
|    | Mail Stop 5OP7 |
| 13 | Redwood City, California 94065 |
|    | Telephone:    650.506.5200 |
| 14 | Facsimile:    650.506.7114 |
| 15 | Attorney for Defendant ORACLE CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Oracle Corporation Securities Litigation* | Case No. 5:18-cv-4844-BLF |
| | **CLASS ACTION** |
| | **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| | **(FRCP 7.1; L.R. 3-15)** |
| | Judge: Hon. Beth Labson Freeman |
| | Date Action Filed: August 10, 2018 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Oracle Corporation ("Oracle") through its undersigned attorneys, discloses the following:

1. Oracle is a publicly traded company.
2. Oracle does not have a parent corporation.
3. No publicly traded corporation holds 10% or more of Oracle's stock.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-15, Defendants Oracle Corporation, Safra A. Catz, Mark Hurd, Lawrence J. Ellison, Thomas Kurian, Ken Bond, and Steve Miranda hereby submit the following Certification of Interested Entities or Persons in order to identify any entities or persons, other than the named parties, who have a financial interest in the subject matter in controversy or in a party to the proceeding, or any other kind of interest that could be substantially affected by the outcome of the proceeding.

The undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 19, 2019              MORRISON & FOERSTER LLP

                                   By:   */s/ Jordan Eth*
                                         Jordan Eth

                                   Attorneys for Defendants