United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, et al.,

Plaintiffs,

v.

ORACLE CORPORATION, et al.,

Defendants.

Case No. 18-cv-04844-BLF

**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR OCTOBER 17, 2019**

The Court previously vacated the initial case management conference in this action, to be reset after the Court enters a schedule for the filing of any consolidated amended complaint and Defendants' response thereto. *See* ECF 16. Such a schedule has since been established. *See* ECF 31.

Accordingly, the Court hereby SETS a case management conference for October 17, 2019, at 11:00 A.M. The joint case management statement shall be due no later than October 10, 2019.

**IT IS SO ORDERED.**

Dated: July 16, 2019

BETH LABSON FREEMAN
United States District Judge