BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
MARK LEBOVITCH (admitted *pro hac vice*)
JOHN RIZIO-HAMILTON (admitted *pro hac vice*)
ABE ALEXANDER (admitted *pro hac vice*)
JULIA K. TEBOR (admitted *pro hac vice*)
(markl@blbglaw.com)
(johnr@blbglaw.com)
(abe.alexander@blbglaw.com)
(julia.tebor@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
-and-
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (858) 793-0070
Fax: (858) 793-0323

*Counsel for Lead Plaintiff Union Asset Management Holding AG and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE ORACLE CORPORATION SECURITIES LITIGATION* | Case No. 18-cv-4844-BLF<br><br>ECF Case<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: October 17, 2019<br>Time: 11:00 a.m.<br>Ctrm: 3, Fifth Floor<br>Judge: Hon. Beth Labson Freeman |

The parties to the above-entitled action submit this Joint Case Management Statement pursuant to the Standing Order for All Judges of the Northern District of California and the Court's Order dated July 16, 2019. ECF No. 50.

## I. JURISDICTION AND SERVICE

Union Asset Management Holding AG ("Lead Plaintiff") asserts claims arising under §§10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§78j(b) and 78t(a), and the rules and regulations promulgated thereunder. This Court has jurisdiction over the subject matter of this action pursuant to Section 27 of the Exchange Act, 15 U.S.C. §78aa. In addition, because this is a civil action arising under the laws of the United States, this Court has jurisdiction pursuant to 28 U.S.C. §§1331 and 1337. All Defendants have accepted service of the Consolidated Class Action Complaint for Violations of the Federal Securities Laws.

## II. FACTS

This is a federal securities class action. Lead Plaintiff alleges claims on behalf of itself and all persons who purchased or otherwise acquired the common stock of Oracle Corporation ("Oracle") between March 15, 2017 and June 19, 2018 (the "Class Period"). The Complaint alleges that Oracle and certain of its executives made misrepresentations and omissions regarding revenue growth within Oracle's cloud segment and the drivers and sustainability of that growth.

Defendants deny that they violated the federal securities laws.

## III. LEGAL ISSUES

The principal legal issues include the following: (i) whether Defendants violated §§10(b) and 20(a) of the Exchange Act or Rule 10b-5; and (ii) whether this action will be maintained as a class action under Federal Rule of Civil Procedure 23.

## IV. MOTIONS

On October 9, 2018, Union Asset Management Holding AG filed its motion for appointment as Lead Plaintiff. ECF No. 17. On December 21, 2018, the Court granted the motion, appointed them as Lead Plaintiff, and approved Bernstein Litowitz Berger & Grossmann as Lead Counsel. ECF No. 22.

Lead Plaintiff filed its Amended Complaint on March 8, 2019. ECF No. 40. Defendants moved to dismiss the complaint on April 19, 2019. ECF No. 44. The motion to dismiss is fully briefed and a hearing on the motion is set for October 17, 2019, at 9:00 a.m.

Plaintiffs anticipate filing a motion for class certification in the event that the Court denies Defendants' motion to dismiss. Given the current status of the case and the pleadings, Defendants believe that it is premature to identify additional motions that they may file.

## V. AMENDMENT OF PLEADINGS

The parties do not anticipate the addition of any new parties or claims at this time but reserve their respective rights.

## VI. EVIDENCE PRESERVATION

The parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information and will take reasonable and proportionate steps to preserve evidence relevant to the issues reasonably evident in this action.

## VII. DISCLOSURES

This action is governed by the Private Securities Litigation Reform Act, pursuant to which all discovery, including disclosures, is stayed during the pendency of the motion to dismiss.

## VIII. DISCOVERY

This action is governed by the Private Securities Litigation Reform Act, pursuant to which all discovery is stayed during the pendency of the motion to dismiss.

## IX. CLASS ACTIONS

Lead Plaintiff will move, pursuant to Federal Rule of Civil Procedure 23, to certify a class of investors consisting of all persons who purchased or otherwise acquired the common stock of Oracle during the Class Period. All attorneys of record for the parties have reviewed the Procedural Guidance for Class Action Settlements.

## X. RELATED CASES

The Court, by an order dated April 25, 2019 (ECF No. 47), related this action with a consolidated derivative action that is captioned *In re Oracle Corporation Stockholder Derivative*

*Litigation*, Case No. 19-cv-00764-BLF (N.D. Cal.). That action is presently stayed. The parties are not aware of any other cases that are "related" within the meaning of Civil Local Rule 3-12(a).

**XI. RELIEF**

Lead Plaintiff seeks: (i) all damages and other remedies available under the Exchange Act in favor of Plaintiff and all members of the Class against Defendants in an amount to be proven at trial, including interest thereon; (ii) its reasonable costs and expenses incurred in this action, including attorneys' fees and expert fees; and (iii) such other relief as the Court may deem just and proper.

Defendants deny that Lead Plaintiff or the proposed class suffered any damages. Defendants reserve their right to seek their reasonable attorneys' fees and expenses.

**XII. SETTLEMENT AND ADR**

The parties have not engaged in settlement discussions.

**XIII. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

The parties do not consent to having a magistrate judge conduct all further proceedings.

**XIV. OTHER REFERENCES**

The parties agree that the case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**XV. NARROWING OF ISSUES**

The parties are unable to agree at this stage of the proceedings to narrow the issues before the Court, but agree to remain in contact about ways to potentially narrow issues.

**XVI. EXPEDITED TRIAL PROCEDURE**

The parties do not believe that this is the type of case that can be handled under the Expedited Trial Procedures of General Order No. 64, Attachment A.

**XVII. SCHEDULING**

The parties will negotiate a schedule after the Court issues its decision on Defendants' motion to dismiss.

**XVIII. TRIAL**

All parties have requested a trial by jury. Lead Plaintiff currently estimates that trial may

last two weeks.

**XIX. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Lead Plaintiff will file its Certificate of Interested Entities or Persons under Local Rule 3-15(a) following receipt of the motion to dismiss decision.

Defendants filed their Corporate Disclosure Statement and Certification of Interested Entities or Persons on April 19, 2019. Defendants confirm that the statements in their previously filed Certifications are currently accurate.

**XX. PROFESSIONAL CONDUCT**

The attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

Dated: October 4, 2019

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton

MARK LEBOVITCH (admitted *pro hac vice*)
markl@blbglaw.com
JOHN RIZIO-HAMILTON (admitted *pro hac vice*)
johnr@blbglaw.com
ABE ALEXANDER (admitted *pro hac vice*)
Abe.alexander@blbglaw.com
JULIA K. TEBOR (admitted *pro hac vice*)
(julia.tebor@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

JONATHAN D. USLANER (Bar No. 256898)
(JonathanU@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (858) 793-0070
Fax: (858) 793-0323

*Counsel for Lead Plaintiff Union Asset Management Holding AG and Lead Counsel for the Class*

**MORRISON & FOERSTER LLP**

/s/ *Jordan Eth*
Jordan Eth

JORDAN ETH (Bar No. 121617)
JEth@mofo.com
MARK R.S. FOSTER (Bar No. 223682)
MFoster @mofo.com
ROBERT W. MAY (Bar No. 295566)
RMay@mofo.com
SU-HAN WANG (Bar No. 284863)
Swang@,mofo.com
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Counsel for Defendants Oracle Corporation, Safra A. Catz, Mark Hurd, Lawrence J. Ellison, Thomas Kurian, Ken Bond, and Steve Miranda*

JAMES C. MAROULIS (Bar No. 208316)
Jim.Maroulis@oracle.com
ORACLE CORPORATION
500 Oracle Parkway
Mail Stop 5OP7
Redwood City, California 94065
Telephone:(650)506-5200
Facsimile: (650) 506-7114

*Attorney for Defendant Oracle Corporation*

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: October 4, 2019

*/s/ John Rizio-Hamilton*

John Rizio-Hamilton