Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Oracle Corp. Securities Litig. ,<br>~~Plaintiff(s)~~<br>v.<br>,<br>~~Defendant(s)~~ | Case No. C 18-cv-4844-BLF<br><br>REQUEST FOR ADR PHONE CONFERENCE |

Counsel hereby request an ADR Phone Conference with a member of the legal staff of the ADR Program.

Date of Case Management Conference: 10/17/2019.

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Jordan Eth<br>Oracle and the Individual Defendants | 415-268-7126; jeth@mofo.com |
| Mark R.S. Foster<br>Oracle and the Individual Defendants | 415-268-6335; mfoster@mofo.com |
| Jonathan D. Uslaner<br>Lead Plaintiff | 858-793-0070; jonathanu@blbglaw.com |
| John Rizio-Hamilton<br>Lead Plaintiff | 212-554-1505; johnr@blbglaw.com |

*ADR Local Rule 3-6(a) requires that lead trial counsel participate in the ADR Phone Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: 10/4/2019 Signed: /s/ Jonathan D. Uslaner
Attorney for Plaintiff

Date: 10/4/2019 Signed: /s/ Mark R. S. Foster
Attorney for Defendant

Note that while the parties submit this request for an ADR phone conference to comply with the Court's order and Local Rules, all parties agree that ADR would be premature at this time, given the procedural posture of this class action governed by the Private Securities Litigation Reform Act.

*Important! E-file this form in ECF using event name: "Request for ADR Phone Conference."*

*Form ADR-TC rev. 5-1-2018*

**ECF ATTESTATION**

I, Mark R.S. Foster, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jonathan D. Uslaner concurs in this filing.

Dated: October 4, 2019

MORRISON & FOERSTER LLP

/s/ *Mark R.S. Foster*
Mark R.S. Foster