JORDAN ETH (CA SBN 121617)
JEth@mofo.com
MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
ROBERT W. MAY (CA SBN 295566)
RMay@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
ORACLE CORPORATION, SAFRA A. CATZ,
MARK HURD, LAWRENCE J. ELLISON,
THOMAS KURIAN, KEN BOND, and STEVE MIRANDA

DORIAN E. DALEY (CA SBN 129049)
Dorian.Daley@oracle.com
DEBORAH K. MILLER (CA SBN 95527)
Deborah.Miller@oracle.com
JAMES C. MAROULIS (CA SBN 208316)
Jim.Maroulis@oracle.com
ORACLE CORPORATION
500 Oracle Parkway
Mail Stop 5OP7
Redwood City, California 94065
Telephone: 650.506.5200
Facsimile: 650.506.7114

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Oracle Corporation Securities Litigation* | Case No. 5:18-cv-4844-BLF<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF SU-HAN WANG**<br><br>Judge: Hon. Beth Labson Freeman<br>Ctrm: 3, Fifth Floor |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned respectfully requests that Su-Han Wang, formerly of Morrison & Foerster LLP, be withdrawn as counsel of record for defendants Oracle Corporation, Safra A. Catz, Mark Hurd, Lawrence J. Ellison, Thomas Kurian, Ken Bond, and Steve Miranda ("Defendants"). Ms. Wang is no longer associated with Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105. Other counsel of record will continue to represent the Defendants. As such, the withdrawal of Ms. Wang will cause no prejudice to any party.

Dated: November 22, 2019 MORRISON & FOERSTER LLP

By: */s/ Mark R.S. Foster*

Attorneys for Defendants