| | |
|---|---|
| 1 | JORDAN ETH (CA SBN 121617) |
|   | JEth@mofo.com |
| 2 | MARK R.S. FOSTER (CA SBN 223682) |
|   | MFoster@mofo.com |
| 3 | ROBERT W. MAY (CA SBN 295566) |
|   | RMay@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
|   | Telephone:   415.268.7000 |
| 6 | Facsimile:    415.268.7522 |
| 7 | Attorneys for Defendants |
|   | ORACLE CORPORATION, SAFRA A. CATZ, |
| 8 | MARK HURD, LAWRENCE J. ELLISON, |
|   | THOMAS KURIAN, KEN BOND, and STEVE MIRANDA |
| 9 | |
|   | DORIAN E. DALEY (CA SBN 129049) |
| 10 | Dorian.Daley@oracle.com |
|   | DEBORAH K. MILLER (CA SBN 95527) |
| 11 | Deborah.Miller@oracle.com |
|   | JAMES C. MAROULIS (CA SBN 208316) |
| 12 | Jim.Maroulis@oracle.com |
|   | ORACLE CORPORATION |
| 13 | 500 Oracle Parkway |
|   | Mail Stop 5OP7 |
| 14 | Redwood City, California  94065 |
|   | Telephone:   650.506.5200 |
| 15 | Facsimile:    650.506.7114 |
| 16 | Attorneys for Defendant ORACLE CORPORATION |

**APPROVED**
*Beth Labson Freeman*
Judge Beth Labson Freeman

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | | |
|---|---|---|
| 20 | | Case No. 5:18-cv-4844-BLF |
| 21 | | **CLASS ACTION** |
| 22 | *In re Oracle Corporation Securities Litigation* | **NOTICE OF WITHDRAWAL OF APPEARANCE OF SU-HAN WANG** |
| 23 | | |
| 24 | | Judge: Hon. Beth Labson Freeman |
|    | | Ctrm:  3, Fifth Floor |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned respectfully requests that Su-Han Wang, formerly of Morrison & Foerster LLP, be withdrawn as counsel of record for defendants Oracle Corporation, Safra A. Catz, Mark Hurd, Lawrence J. Ellison, Thomas Kurian, Ken Bond, and Steve Miranda ("Defendants").  Ms. Wang is no longer associated with Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105.  Other counsel of record will continue to represent the Defendants.  As such, the withdrawal of Ms. Wang will cause no prejudice to any party.

Dated:  November 22, 2019               MORRISON & FOERSTER LLP


                                        By: /s/ Mark R.S. Foster
                                            Attorneys for Defendants