JORDAN ETH (CA SBN 121617)
JEth@mofo.com
MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
ROBERT W. MAY (CA SBN 295566)
RMay@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
ORACLE CORPORATION, SAFRA A. CATZ,
MARK HURD, LAWRENCE J. ELLISON,
THOMAS KURIAN, KEN BOND, and STEVE MIRANDA

DORIAN E. DALEY (CA SBN 129049)
Dorian.Daley@oracle.com
DEBORAH K. MILLER (CA SBN 95527)
Deborah.Miller@oracle.com
JAMES C. MAROULIS (CA SBN 208316)
Jim.Maroulis@oracle.com
ORACLE CORPORATION
500 Oracle Parkway
Mail Stop 5OP7
Redwood City, California 94065
Telephone: 650.506.5200
Facsimile: 650.506.7114

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Oracle Corporation Securities Litigation* | Case No. 5:18-cv-4844-BLF<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FEBRUARY 20, 2020 CMC UNTIL HEARING ON MOTION TO DISMISS**<br><br>Date: February 20, 2020<br>Time: 11:00 a.m.<br>Ctrm: 3, Fifth Floor<br><br>Judge: Hon. Beth Labson Freeman<br><br>Date Action Filed: August 10, 2018 |

All parties, through their undersigned counsel, hereby submit this Stipulation continuing the February 20, 2020 Case Management Conference ("CMC") until the hearing on Defendants' anticipated motion to dismiss Plaintiffs' First Amended Complaint.

A. On October 17, 2019, the Court held a hearing on Defendants' motion to dismiss the consolidated complaint in this action. (ECF 56.) Following the hearing, the Court set a CMC on February 20, 2020 for "tracking purposes." (ECF. 60 (Hearing Transcript) at 49:17.) The Court indicated that the parties should submit a stipulation to continue the CMC following Plaintiffs' filing a First Amended Complaint and further motion to dismiss, with the goal of the next CMC being held after the next hearing on that motion to dismiss. (*See id.* at 49:22-50:2.)

B. On December 17, 2019, the Court granted Defendants' motion to dismiss the amended complaint. (ECF 65.) The Court directed Lead Plaintiff to file its First Amended Complaint by February 17, 2020. (*Id.* at 39:2.)

C. Lead Plaintiff anticipates filing their first amended complaint on February 17, 2020. Defendants anticipate filing a motion to dismiss the First Amended Complaint. In light of the procedural posture of the case, the parties believe it makes sense to continue the CMC as directed by the Court at the October 17, 2020 hearing.

D. Following the filing of the First Amended Complaint, the parties will meet and confer to discuss a proposed briefing and hearing schedule for Defendants' anticipated motion to dismiss the First Amended Complaint. The parties will file a proposed stipulation for the Court's consideration. In setting the hearing date, the parties will propose setting the next CMC to follow the hearing on Defendants' motion to dismiss the First Amended Complaint.

THEREFORE, subject to the Court's approval, the parties stipulate as follows:

1. The February 20, 2020 CMC is vacated.

2. When the parties submit a proposed briefing and hearing schedule on Defendants' motion to dismiss the First Amended Complaint, they shall include a provision setting the next CMC to coincide with the hearing on the motion to dismiss.

Dated: February 13, 2020

**MORRISON & FOERSTER LLP**

By: */s/ Mark R.S. Foster*

Attorneys for Defendants

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ *John Rizio-Hamilton*

Attorneys for Lead Plaintiff

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: February 13, 2020

*/s/ Mark R.S. Foster*

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, it is SO ORDERED.

____________________________________
HON. BETH LABSON FREEMAN
United States District Judge

Dated: ___________________2020