JORDAN ETH (CA SBN 121617)
JEth@mofo.com
MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
DAVID J. WIENER (CA CBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
ORACLE CORPORATION, SAFRA A. CATZ,
MARK HURD, LAWRENCE J. ELLISON,
THOMAS KURIAN, KEN BOND, and STEVE MIRANDA

DORIAN E. DALEY (CA SBN 129049)
Dorian.Daley@oracle.com
DEBORAH K. MILLER (CA SBN 95527)
Deborah.Miller@oracle.com
JAMES C. MAROULIS (CA SBN 208316)
Jim.Maroulis@oracle.com
ORACLE CORPORATION
500 Oracle Parkway
Mail Stop 5OP7
Redwood City, California 94065
Telephone: 650.506.5200
Facsimile: 650.506.7114

Attorneys for Defendant
ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Oracle Corporation Securities Litigation* | Case No. 5:18-cv-4844-BLF<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER SETTING BRIEFING SCHEDULE AS MODIFIED BY THE COURT**<br><br>Judge: Hon. Beth Labson Freeman<br><br>Date Action Filed: August 10, 2018 |

All parties, through their undersigned counsel, hereby submit this Stipulation proposing the following briefing and hearing schedule for Defendants' motion to dismiss Lead Plaintiff's Amended Consolidated Class Action Complaint and the parties' Case Management Conference ("CMC").

A. On February 17, 2020, Lead Plaintiff filed its Amended Consolidated Class Action Complaint. (ECF 68.)

B. Defendants intend to file a motion to dismiss the Amended Consolidated Class Action Complaint.

C. The parties have conferred and agreed upon a proposed briefing schedule for Defendants' forthcoming motion to dismiss and a hearing date, as set forth below.

THEREFORE, subject to the Court's approval, the parties stipulate to the following briefing and hearing schedule:

| | |
|---|---|
| Defendants' Motion to Dismiss | Thursday, April 23, 2020 |
| Lead Plaintiff's Response to Defendants' Motion to Dismiss | Tuesday, June 30, 2020 |
| Defendants' Reply in Support of Motion to Dismiss | Thursday, July 30, 2020 |
| Oral Argument and CMC | Thursday, September 24, 2020 |

Dated: March 2, 2020

**MORRISON & FOERSTER LLP**

By: */s/ Mark R.S. Foster*

Attorneys for Defendants

Dated: March 2, 2020

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ John Rizio-Hamilton*

Attorneys for Lead Plaintiff

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: March 2, 2020 *__/s/ Mark R.S. Foster__*

**~~[PROPOSED]~~ ORDER**

Pursuant to the foregoing Stipulation, ~~it is SO ORDERED~~ the Court APPROVES the stipulated briefing schedule. The Court does not specifically reserve hearing dates for motions to dismiss. Defendants may reserve a hearing date up to 14 days before the filing of their motion per the Court's Standing Orders and request a case management conference to be set on the same date.

Dated: March 2, 2020

HON. BETH LABSON FREEMAN
United States District Judge