UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Oracle Corporation Securities Litigation* | Case No. 5:18-cv-4844-BLF<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date: September 24, 2020<br>Time: 9:00 a.m.<br>Ctrm: 3, Fifth Floor<br>Judge: Hon. Beth Labson Freeman |

**[PROPOSED] ORDER**

Defendants Oracle Corporation, Safra A. Catz, Paula R. Hurd, as trustee of the Hurd Family Trust, Lawrence J. Ellison, Thomas Kurian, Ken Bond, and Steve Miranda have moved the Court, pursuant to Fed. R. Civ. P. 8, 9(b), and 12(b)(6), as well as the Private Securities Litigation Reform Act of 1995 to dismiss Plaintiff's Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, filed on February 17, 2020.

The matter came on for hearing on September 24, 2020, at 9:00 a.m. Having considered all the papers filed by the parties in connection with Defendants' motion to dismiss, the parties' arguments at the hearing on this matter, and the exhibits attached to the declaration of David J. Wiener that are incorporated by reference into the Complaint or matters of which the Court may take judicial notice, Defendants' motion is GRANTED, and Plaintiffs' Complaint is DISMISSED WITH PREJUDICE in its entirety.

IT IS SO ORDERED this ____ day of ________________________, 2020.

______________________________________
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT