JORDAN ETH (CA SBN 121617)
JEth@mofo.com
MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
ORACLE CORPORATION, SAFRA A. CATZ, PAULA R. HURD, AS TRUSTEE OF THE HURD FAMILY TRUST, LAWRENCE J. ELLISON, THOMAS KURIAN, KEN BOND, and STEVE MIRANDA

JAMES C. MAROULIS (CA SBN 208316)
Jim.Maroulis@oracle.com
ORACLE CORPORATION
500 Oracle Parkway
Mail Stop 5OP7
Redwood City, California 94065
Telephone: 650.506.5200
Facsimile: 650.506.7114

Attorney for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

*In re Oracle Corporation Securities Litigation*

Case No. 5:18-cv-4844-BLF

**CLASS ACTION**

**DECLARATION OF DAVID J. WIENER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT**

Date: September 24, 2020
Time: 9:00 a.m.
Ctrm: 3, Fifth Floor
Judge: Hon. Beth Labson Freeman

I, DAVID J. WIENER, declare:

I am a member of the bar of the State of California and am admitted to practice before this Court. I am an associate with the law firm Morrison & Foerster LLP, counsel of record for Defendants Oracle Corporation ("Oracle"), Safra A. Catz, Paula R. Hurd, as trustee of the Hurd Family Trust, Lawrence J. Ellison, Thomas Kurian, Ken Bond, and Steve Miranda. I submit this Declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Consolidated Class Action Complaint. I make this Declaration based on facts that I personally know, except where otherwise indicated. If called as a witness, I would testify to the facts listed below.

1. Attached as **Exhibit 1** is a true and correct copy of Oracle's June 21, 2017, Earnings Release regarding results of the Fourth Quarter of Fiscal Year 2017. Exhibit 1 is cited or referenced in the Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "SAC," ECF 68), for example, in ¶¶ 316, 325, 368 and 370-71.

2. Attached as **Exhibit 2** is a true and correct copy of Oracle's September 14, 2017, Earnings Release regarding results of the First Quarter of Fiscal Year 2018. Exhibit 2 is cited or referenced in the SAC, for example, in ¶¶ 388-389.

3. Attached as **Exhibit 3** is a true and correct copy of Oracle's December 14, 2017, Earnings Release regarding results of the Second Quarter of Fiscal Year 2018. Exhibit 3 is cited or referenced in the SAC, for example, in ¶¶ 215 and 457.

4. Attached as **Exhibit 4** is a true and correct copy of Oracle's March 19, 2018, Earnings Release regarding results of the Third Quarter of Fiscal Year 2018. Exhibit 4 is cited or referenced in the SAC, for example, in ¶¶ 219 and 461.

5. Attached as **Exhibit 5** is a true and correct copy of Oracle's June 19, 2018, Earnings Release regarding results of the Fourth Quarter of Fiscal Year 2018. Exhibit 5 is cited or referenced in the SAC, for example, in ¶ 235.

6. Attached as **Exhibit 6** is a true and correct copy of a transcription of Oracle's earnings conference call held on March 15, 2017, regarding results of the Third Quarter of Fiscal Year 2017. Exhibit 6 is cited or referenced in the SAC, for example, in ¶¶ 346–48.

7. Attached as **Exhibit 7** is a true and correct copy of a transcription of Oracle's earnings conference call held on June 21, 2017, regarding results of the Fourth Quarter of Fiscal Year 2017. Exhibit 7 is cited or referenced in the SAC, for example, in ¶¶ 267, 373, 375, 377 and 379.

8. Attached as **Exhibit 8** is a true and correct copy of a transcription of Oracle's earnings conference call held on September 14, 2017, regarding results of the First Quarter of Fiscal Year 2018. Exhibit 8 is cited or referenced in the SAC, for example, in ¶¶ 267, 390–91 and 396.

9. Attached as **Exhibit 9** is a true and correct copy of a transcription of Oracle's earnings conference call held on December 14, 2017, regarding results of the Second Quarter of Fiscal Year 2018. Exhibit 9 is cited or referenced in the SAC, for example, in ¶¶ 428, 430 and 433.

10. Attached as **Exhibit 10** is a true and correct copy of a transcription of Oracle's earnings conference call held on March 19, 2018, regarding results of the Third Quarter of Fiscal Year 2018. Exhibit 10 is cited or referenced in the SAC, for example, in ¶¶ 91, 224, 441 and 448.

11. Attached as **Exhibit 11** is a true and correct copy of an e-mail sent by Thomas Kurian to several Oracle employees, dated October 19, 2017. Exhibit 11 is cited or referenced in the SAC, for example, in ¶¶ 14, 86–89, 277, 281, 283, 289, 295, 300, 362, 387, 395, 397, 403, 410, 413 and 421.

12. Attached as **Exhibit 12** is a true and correct copy of excerpts of Oracle's Form 10-K for the fiscal year ended May 31, 2017, as filed with the SEC on June 27, 2017. Exhibit 12 is cited or referenced in the SAC, for example, in ¶ 383.

13. Attached as **Exhibit 13** is a true and correct copy of excerpts of Oracle's Form 10-K for the fiscal year ended May 31, 2018, as filed with the SEC on June 22, 2018.

14. Attached as **Exhibit 14** is a true and correct copy of excerpts of Oracle's Schedule 14A as filed with the SEC on September 23, 2016. Exhibit 14 is cited or referenced in the SAC, for example, in ¶¶ 35, 309 and 500.

15. Attached as **Exhibit 15** is a true and correct copy of excerpts of Oracle's Schedule 14A as filed with the SEC on September 26, 2018. Exhibit 15 is cited or referenced in the SAC, for example, in ¶¶ 35, 311, and 500**.**

16. Attached as **Exhibit 16** is a true and correct copy of a transcription of Oracle's company conference presentation held on November 7, 2017. Exhibit 16 is cited or referenced in the SAC, for example, in ¶¶ 69, 267, 285, 418 and 422.

17. Attached as **Exhibit 17** is a true and correct copy of excerpts of Oracle's Schedule 14A as filed with the SEC on September 28, 2017. Exhibit 17 is cited or referenced in the SAC, for example, in ¶¶ 35, 311, and 500.

18. Attached as **Exhibit 18** is a true and correct copy of Oracle's March 15, 2017, Earnings Release regarding results of the Third Quarter of Fiscal Year 2017. Exhibit 18 is cited or referenced in the SAC, for example, in ¶¶ 8, 67, 343, 344, and 345.

19. Attached as **Exhibit 19** is a true and correct copy of excerpts of Oracle's Form 10-Q for the fiscal quarter ended February 28, 2017, as filed with the SEC on March 17, 2017. Exhibit 19 is cited or referenced in the SAC, for example, in ¶¶ 354 and 355**.**

20. Attached as **Exhibit 20** is a true and correct copy of Oracle's press release, titled "Oracle and Partners Make it Easier for Global Organizations to Move to the Cloud," dated May 4, 2017. Exhibit 20 is cited or referenced in the SAC, for example, in ¶¶ 356-357**.**

21. Attached as **Exhibit 21** is a true and correct copy of Oracle's press release, titled "Oracle Cloud Applications Drive Business Transformation Around the World," dated May 4, 2017. Exhibit 21 is cited or referenced in the SAC, for example, in ¶¶ 69, 70, and 358-360**.**

22. Attached as **Exhibit 22** is a true and correct copy of Oracle's press release, titled "Oracle Announces Availability of Oracle ERP Cloud in India," dated May 9, 2017. Exhibit 22 is cited or referenced in the SAC, for example, in ¶¶ 361-362.

23. Attached as **Exhibit 23** is a true and correct copy of the transcript of Oracle Corporation's presentation at Jefferies Technology Group Investor Conference, dated May 9, 2017. Exhibit 23 is cited or referenced in the SAC, for example, in ¶¶ 71, 265, 285, 363, 364, and 365.

24. Attached as **Exhibit 24** is a true and correct copy of the transcript of Oracle's press release, titled "Oracle Delivers Next-Generation Cloud Applications," dated August 2, 2017. Exhibit 24 is cited or referenced in the SAC, for example, in ¶¶ 385, 386, and 387.

25. Attached as **Exhibit 25** is a true and correct copy of Oracle's Form 10-Q for the fiscal quarter ended August 31, 2017, as filed with the SEC on September 18, 2017. Exhibit 25 is cited or referenced in the SAC, for example, in ¶ 400**.**

26. Attached as **Exhibit 26** is a true and correct copy of the transcript of Oracle's press release, titled "Oracle Makes HR Technology More Powerful, Smart and Easy to Use," dated October 2, 2017. Exhibit 26 is cited or referenced in the SAC, for example, in ¶¶ 402 403.

27. Attached as **Exhibit 27** is a true and correct copy of a transcription of Oracle Corporation's presentation at Oracle OpenWorld on October 5, 2017. Exhibit 27 is cited or referenced in the SAC, for example, in ¶¶ 8, 69, 92-93, and 404-17.

28. Attached as **Exhibit 28** is a true and correct copy of a transcription of Oracle's presentation during its Annual Meeting of Stockholders held on November 15, 2017. Exhibit 28 is cited or referenced in the SAC, for example, in ¶¶ 426-27.

29. Attached as **Exhibit 29** is a true and correct copy of Oracle's Form 10-Q for the fiscal quarter ended November 30, 2017, as filed with the SEC on December 18, 2017. Exhibit 29 is cited or referenced in the SAC, for example, in ¶ 400**.**

30. Attached as **Exhibit 30** is a true and correct copy of Oracle's Form 10-Q for the fiscal quarter ended February 28, 2018, as filed with the SEC on March 21, 2018. Exhibit 30 is cited or referenced in the SAC, for example, in ¶ 451**.**

31. Attached as **Exhibit 31** is a true and correct copy of the *Light Reading* Article, titled "Are Oracle's Aggressive Sales Tactics Backfiring," dated May 22, 2018, as downloaded on March 13, 2019. Exhibit 31 is cited or referenced in the SAC, for example, in ¶¶ 9, 230, 266, and 453**.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in Novato, California, on this 23rd day of April, 2020.

*/s/ David J. Wiener*

David J. Wiener

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that David J. Wiener concurred in the filing of this document.

Date: April 23, 2020

*/s/ Jordan Eth*

Jordan Eth