BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472

-and-

MARK LEBOVITCH (admitted *pro hac vice*)
(markl@blbglaw.com)
JOHN RIZIO-HAMILTON (admitted *pro hac vice*)
(johnr@blbglaw.com)
ABE ALEXANDER (admitted *pro hac vice*)
(abe.alexander@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiff Union Asset Management Holding AG and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | ) | Case No. 5:18-cv-04844-BLF<br><br><u>CLASS ACTION</u><br><br>**<u>UNOPPOSED ADMINISTRATIVE MOTION TO ENLARGE THE PAGE LIMITATIONS FOR MOTION TO DISMISS BRIEFING</u>** |

## NOTICE OF UNOPPOSED ADMINISTRATIVE MOTION AND MOTION TO ENLARGE PAGE LIMITS

Pursuant to Civil Local Rule 7-11, Lead Plaintiff Union Asset Management Holding AG ("Lead Plaintiff") hereby moves the Court for an Order allowing an extension to the applicable page limitations for the briefing on Lead Plaintiff's Opposition to Defendants' Motion to Dismiss, as set forth in Civil Local Rules 7-3 and 7-4. Defendants take no position on Lead Plaintiff's request.

By way of brief background, on December 17, 2019, the Court issued an Order dismissing the Consolidated Class Action Complaint and granting Lead Plaintiff leave to amend to address the concerns identified by the Court. Lead Plaintiff filed the Amended Consolidated Class Action Complaint on February 17, 2020. Defendants filed their motion to dismiss ("Motion") on April 23, 2020. Pursuant to the Parties' stipulation, which this Court approved on March 2, 2020, Lead Plaintiff intends to file its opposition to Defendants' Motion ("Opposition") by June 30, 2020, and Defendants may file a reply in support of their Motion ("Reply") by July 30, 2020. On June 2, 2020, the Parties conferred regarding this request for an extension of the applicable page limitations for the briefing on Lead Plaintiff's Opposition and Defendants' anticipated Reply.

Civil Local Rule 7-4 states that without leave of court, briefs or memoranda filed with opposition papers may not exceed 25 pages of text, and a reply brief or memorandum may not exceed 15 pages of text. Lead Plaintiff respectfully requests that it be permitted to file an Opposition to Defendants' Motion of no more than 30 pages in length. If the Court grants this relief, Defendants respectfully request that they be permitted to file a Reply in support of their Motion of no more than 18 pages in length.

### **Lead Plaintiff's Position**

Lead Plaintiff contends that good cause exists for allowing Lead Plaintiff to exceed the page limitation applicable to its Opposition. Defendants submitted their Motion with a declaration and 31 exhibits totaling over 700 pages. Their Motion addressed complex factual and legal issues including, among other things, the scienter of Oracle and the Individual Defendants and the falsity and materiality of Defendants' alleged misrepresentations and omissions. Lead Plaintiff has added

a significant number of new factual allegations to the Amended Consolidated Class Action Complaint in response to the issues identified by the Court in its prior Order, which relate to the issues of falsity, materiality and scienter. Lead Plaintiff plans to address these factual allegations, as well as Defendants' legal and factual arguments, in its Opposition.

Although Lead Plaintiff will be succinct when presenting arguments in its briefing, Lead Plaintiff respectfully submits that, in light of the complex factual and legal issues presented by Defendants' Motion, as well as the new facts at issue in the Amended Consolidated Class Action Complaint, a modest five-page extension of applicable page limitations for Lead Plaintiff is appropriate and will benefit the Court in its analysis.

Accordingly, Lead Plaintiff respectfully requests that the Court allow it to exceed the applicable page limitations, such that Lead Plaintiff be permitted to file an Opposition to Defendants' Motion of no more than 30 pages.

**Defendants' Position**

Defendants have stated that they take no position on Lead Plaintiff's request. Defendants request that, in the event the Court grants the relief sought by Lead Plaintiff, the Court grant a three-page extension to the page limit applicable to Defendants' anticipated Reply in Support of Motion to Dismiss.

Dated: June 10, 2020

*/s/ Jonathan Uslaner*
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JONATHAN D. USLANER
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472
-and-
JOHN R. RIZIO-HAMILTON
ABE ALEXANDER
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Lead Counsel for Lead Plaintiff Union Asset Management Holding AG*