# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION, et al.,<br><br>    Defendants. | Case No. 18-cv-04844-BLF<br><br>**ORDER DENYING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO ENLARGE THE PAGE LIMITATIONS FOR MOTION TO DISMISS BRIEFING**<br><br>[Re: 74] |

Before the Court is Lead Plaintiff Union Asset Management Holding AG's unopposed administrative motion seeking an order allowing an extension to the applicable page limitations for the briefing on Lead Plaintiff's Opposition to Defendants' Motion to Dismiss at ECF 72. ECF 74. The Court finds that Lead Plaintiff has failed to articulate good cause that the additional pages are necessary. Accordingly, the Court DENIES Lead Plaintiff's motion – the opposition brief remains limited to 25 pages and Defendants' reply to 15 pages. The parties are reminded that all submissions must comply with this District's Local Rules and the undersigned's Standing Orders. Specifically, "[a]ll written text, including footnotes and quotations, shall be no less than 12-point type and shall be double-spaced." Standing Order Re Civil Cases § IV.E. Nonconforming submissions will be stricken without leave to refile.

**IT IS SO ORDERED.**

Dated: June 11, 2020

_____
BETH LABSON FREEMAN
United States District Judge