BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
MARK LEBOVITCH (admitted *pro hac vice*)
(markl@blbglaw.com)
JOHN RIZIO-HAMILTON (admitted *pro hac vice*)
(johnr@blbglaw.com)
ABE ALEXANDER (admitted *pro hac vice*)
(abe.alexander@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:     (212) 554-1400
Fax:    (212) 554-1444
         -and-
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:     (858) 793-0070
Fax:    (858) 793-0323

*Counsel for Lead Plaintiff Union Asset Management Holding AG and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Oracle Corporation Securities Litigation* | Case No. 5:18-cv-4844-BLF <br><br> ECF CASE <br><br> <u>CLASS ACTION</u> <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

Pursuant to Civil L.R. 3-15 of the United States District Court for the Northern District of California, the undersigned certifies that as of this date, other than the named parties and putative class members, there is no interest to report.

Dated: March 30, 2021                    /s/ John Rizio-Hamilton

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN RIZIO-HAMILTON (*pro hac vice*)
(johnr@blbglaw.com)
MARK LEBOVITCH (*pro hac vice*)
(markl@blbglaw.com)
ABE ALEXANDER (*pro hac vice*)
(abe.alexander@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

JONATHAN D. USLANER (Bar No. 188574)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars
Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472

*Counsel for Lead Plaintiff Union Asset Management Holding AG and Lead Counsel for the Class*