# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, et al., <br><br>Plaintiffs, <br><br>v. <br><br>ORACLE CORPORATION, et al., <br><br>Defendants. | Case No. 18-cv-04844-BLF <br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court SETS a case management conference for **April 29, 2021 at 11am**.

**IT IS SO ORDERED.**

Dated: April 8, 2021

_____
BETH LABSON FREEMAN
United States District Judge