Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re Oracle Corporation Securities Litigation

Case No: 18-cv-04844-BLF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Nicholas R. Gersh, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Union Asset Management Holding AG in the above-entitled action. My local co-counsel in this case is Jonathan D. Uslaner, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD:<br>Bernstein Litowitz Berger & Grossmann LLP<br>1251 Avenue of the Americas, 44th Fl.<br>New York, NY 10020 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Bernstein Litowitz Berger & Grossmann LLP<br>2121 Avenue of the Stars, Suite 2575<br>Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD:<br>(212) 554-1556 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 819-3472 |
| MY EMAIL ADDRESS OF RECORD:<br>nicholas.gersh@blbglaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jonathanu@blbglaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5761556.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 05/03/21

Nicholas R. Gersh
APPLICANT

---

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nicholas R. Gersh is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE