Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*In re Oracle Corporation Securities Litigation*

CASE No C 5:18-cv-04844-BLF

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
  JAMS or Phillips ADR

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: Prior to the hearing on Lead Plaintiff's Class Certification Motion

Date: 5/10/2021 John Rizio-Hamilton
Attorney for Plaintiff

Date: 5/10/2021 Jordan Eth
Attorney for Defendant

☐ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:

U.S. DISTRICT/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*

Print Form