**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ORACLE CORPORATION, et al., <br><br> Defendants. | Case No. 18-cv-04844-BLF <br><br> **ORDER SETTING DEADLINES** |

On May 21, 2021, the parties filed a joint submission regarding the case schedule. ECF 101. With one exception, the parties agreed on the relevant deadlines. *See generally id*. The Court ADOPTS and SETS the parties' stipulated deadlines. The parties disagree as to the deadline for the substantial competition for document production. Upon considering the arguments of the parties and relevant caselaw, the Court SETS the deadline for substantial completion of document production for April 28, 2022.

**IT IS SO ORDERED.**

Dated: May 25, 2021

_____
BETH LABSON FREEMAN
United States District Judge