| | |
|---|---|
| 1 | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| 2 | MARK LEBOVITCH (admitted *pro hac vice*) (markl@blbglaw.com) |
| 3 | JOHN RIZIO-HAMILTON (admitted *pro hac vice*) (johnr@blbglaw.com) |
| 4 | ABE ALEXANDER (admitted *pro hac vice*) (abe.alexander@blbglaw.com) |
| 5 | NICHOLAS R. GERSH (admitted *pro hac vice*) (nicholas.gersh@blbglaw.com) |
| 6 | 1251 Avenue of the Americas New York, NY 10020 |
| 7 | Tel:   (212) 554-1400 Fax:   (212) 554-1444 |
| 8 | -and- JONATHAN D. USLANER (Bar No. 256898) |
| 9 | (jonathanu@blbglaw.com) 2121 Avenue of the Stars, Suite 2575 |
| 10 | Los Angeles, CA 90067 Tel:   (858) 793-0070 |
| 11 | Fax:   (858) 793-0323 |
| 12 | *Counsel for Lead Plaintiff Union Asset Management Holding AG and Lead Counsel* |
| 13 | *for the Class* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| *In re Oracle Corporation Securities Litigation* | Case No. 5:18-cv-04844-BLF |
| | CLASS ACTION |
| | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| | Judge: The Hon. Beth Labson Freeman |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, the undersigned counsel for Lead Plaintiff Union Asset Management Holding AG ("Lead Plaintiff") hereby moves the Court to withdraw the appearance of Julia K. Tebor as counsel for Lead Plaintiff in the above-captioned matter, and requests that Ms. Tebor be removed from the Court's CM/ECF system. Ms. Tebor is no longer with the firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). Bernstein Litowitz will continue to represent Lead Plaintiff in the above-captioned matter.

Dated: September 14, 2021			Respectfully submitted,

*/s/ John Rizio-Hamilton*
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
MARK LEBOVITCH (admitted *pro hac vice*)
(markl@blbglaw.com)
JOHN RIZIO-HAMILTON (admitted *pro hac vice*)
(johnr@blbglaw.com)
ABE ALEXANDER (admitted *pro hac vice*)
(abe.alexander@blbglaw.com)
NICHOLAS R. GERSH (admitted *pro hac vice*)
(nicholas.gersh@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:     (212) 554-1400
Fax:    (212) 554-1444

-and-

JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:     (858) 793-0070
Fax:    (858) 793-0323

*Counsel for Lead Plaintiff Union Asset Management Holding AG and Lead Counsel for the Class*

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 18-CV-04844-BLF                                                                                 1