BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
MARK LEBOVITCH (admitted *pro hac vice*)
(markl@blbglaw.com)
JOHN RIZIO-HAMILTON (admitted *pro hac vice*)
(johnr@blbglaw.com)
ABE ALEXANDER (admitted *pro hac vice*)
(abe.alexander@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (858) 793-0070
Fax: (858) 793-0323

*Counsel for Lead Plaintiff Union Asset Management Holding AG and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*In re Oracle Corporation Securities Litigation*

CLASS ACTION

Case No. 18-cv-04844-BLF

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS RELATED TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPOINTMENT OF COUNSEL**

**[Civil Local Rules 7-11 and 79-5]**

Date: March 3, 2022
Time: 9:00 a.m.
Ctrm: Courtroom 3 – 5th Floor
Judge: Hon. Beth Labson Freeman

Pursuant to Local Rules 7-11 and 79-5, Lead Plaintiff Union Asset Management Holding AG ("Union" or "Lead Plaintiff") hereby moves the Court for an order granting leave to file under seal documents in connection with Plaintiff's Motion for Class Certification, Appointment of Lead Plaintiff, and Appointment of Counsel ("Reply").

The basis for Plaintiff's administrative motion is set forth in the Declaration of John Rizio-Hamilton ("Rizio-Hamilton Sealing Declaration") submitted herewith. As set forth in the Rizio-Hamilton Sealing Declaration, the highlighted portions of Lead Plaintiff's Motion for Class Certification, and the entirety of Exs. A through I to the Declaration of John Rizio-Hamilton in Support of Lead Plaintiff's Motion for Class Certification (the "Rizio-Hamilton Declaration") contain information designated as confidential by counsel for Defendants pursuant to the Stipulated Protective Order (ECF No. 104).

The Stipulated Protective Order requires Lead Plaintiff to file under seal information Defendants have designated as confidential. The following chart identifies the documents and portions thereof which contain the material that Defendants have designated as "confidential".

| ECF or Exhibit No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 107 | Lead Plaintiff's Motion for Class Certification ("Class Cert Motion") | Highlighted portions at 5:4-6:19. | Contains information designated as confidential by Defendants pursuant to the Protective Order. |
| A | The transcript excerpts of the audio file produced in this action bearing bates number Stratton0175 attached as Ex. A to the Declaration of John Rizio-Hamilton in Support of Lead Plaintiff's Class Cert Motion | Fully sealed. | Contains information designated as confidential by Defendants pursuant to the Protective Order. |
| B | The transcript excerpts of the audio file produced in this action bearing bates number Stratton0176 attached as Ex. B to the Declaration of John Rizio-Hamilton in Support of | Fully sealed. | Contains information designated as confidential by Defendants pursuant to the Protective Order. |

| ECF or Exhibit No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| | Lead Plaintiff's Class Cert Motion | | |
| C | The transcript excerpts of an audio file produced in this action bearing bates number Stratton0181 attached as Ex. C to the Declaration of John Rizio-Hamilton in Support of Lead Plaintiff's Class Cert Motion | Fully sealed. | Contains information designated as confidential by Defendants pursuant to the Protective Order. |
| D | The document produced in this action bearing bates numbers Stratton0001-0012 attached as Exhibit D to the Ex. D to the Declaration of John Rizio-Hamilton in Support of Lead Plaintiff's Class Cert Motion | Fully sealed. | Contains information designated as confidential by Defendants pursuant to the Protective Order. |
| E | The transcript excerpts of an audio file produced in this action bearing bates number Stratton0183 attached as Ex. E to the Declaration of John Rizio-Hamilton in Support of Lead Plaintiff's Class Cert Motion | Fully sealed. | Contains information designated as confidential by Defendants pursuant to the Protective Order. |
| F | The document produced in this action bearing bates numbers Stratton0020-27 attached as Ex. F to the Declaration of John Rizio-Hamilton in Support of Lead Plaintiff's Class Cert Motion | Fully sealed. | Contains information designated as confidential by Defendants pursuant to the Protective Order. |
| G | The transcript excerpts of an audio file produced in this action bearing bates number Stratton0177 attached as Ex. G to the Declaration of John Rizio-Hamilton in Support of Lead Plaintiff's Class Cert Motion | Fully sealed. | Contains information designated as confidential by Defendants pursuant to the Protective Order. |

| ECF or Exhibit No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| H | The document produced in this action bearing bates number Stratton0081-0093 attached as Ex. H to the Declaration of John Rizio-Hamilton in Support of Lead Plaintiff's Class Cert Motion | Fully sealed. | Contains information designated as confidential by Defendants pursuant to the Protective Order. |
| I | The document produced in this action bearing bates numbers Stratton0104-0107 attached as Ex. I to the Declaration of John Rizio-Hamilton in Support of Lead Plaintiff's Class Cert Motion | Fully sealed. | Contains information designated as confidential by Defendants pursuant to the Protective Order. |

Dated: October 8, 2021

Respectfully submitted,

/s/ *John Rizio-Hamilton*

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
MARK LEBOVITCH (*pro hac vice)*
(markl@blbglaw.com)
JOHN RIZIO-HAMILTON (*pro hac vice)*
(johnr@blbglaw.com)
ABE ALEXANDER (*pro hac vice)*
(abe.alexander@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

JONATHAN D. USLANER (Bar No. 188574)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars
Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472

*Counsel for Lead Plaintiff*
*Union Asset Management Holding AG and*
*Lead Counsel for the Class*