BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
MARK LEBOVITCH (admitted *pro hac vice*)
(markl@blbglaw.com)
JOHN RIZIO-HAMILTON (admitted *pro hac vice*)
(johnr@blbglaw.com)
ABE ALEXANDER (admitted *pro hac vice*)
(abe.alexander@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (858) 793-0070
Fax: (858) 793-0323

*Counsel for Lead Plaintiff Union Asset Management Holding AG and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Oracle Corporation Securities Litigation* | CLASS ACTION<br><br>Case No. 18-cv-04844-BLF<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: March 3, 2022<br>Time: 9:00 a.m.<br>Ctrm: Courtroom 3 – 5th Floor<br>Judge: Hon. Beth Labson Freeman |

# CERTIFICATE OF SERVICE

I, John Rizio-Hamilton, declare:

I am employed in New York County, State of New York. I am over the age of 18 years and not a party to the within action. My business address is Bernstein Litowitz Berger & Grossmann LLP, located at 1251 Avenue of the Americas, New York, NY 10020.

On this date, I caused to be served the **DECLARATION OF JOHN RIZIO-HAMILTON IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS RELATED TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPOINTMENT OF COUNSEL, UNREDACTED VERSIONS OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, AND UNREDACTED VERSIONS EXHIBITS A-I TO THE DECLARATION OF JOHN RIZIO-HAMILTON IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** by electronic transmission on this date to the Internet email addresses listed below:

JORDAN ETH
JEth@mofo.com
MARK R.S. FOSTER
MFoster@mofo.com
DAVID J. WIENER
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482 Telephone: 415.268.7000
Facsimile: 415.268.7522

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of October, 2021, in New York, New York.

/s/ *John Rizio-Hamilton*
John Rizio-Hamilton