# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re Oracle Corp. Sec. Litig.

Case No: 18-cv-04844-BLF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Christina Golden Ademola, an active member in good standing of the bar of New York & Delaware, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Oracle Corp. and Individual Defendants in the above-entitled action.

My local co-counsel in this case is Mark Foster, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Morrison & Foerster LLP<br>250 W. 55th St., New York, NY 10019 | Morrison & Foerster LLP<br>425 Market St., San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD:<br>(212) 468-8000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 268-7000 |
| MY EMAIL ADDRESS OF RECORD:<br>cademola@mofo.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mfoster@mofo.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NY 5491758; DE 5832

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 10/20/2021

Christina Golden Ademola
APPLICANT

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christina Golden Ademola is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 20, 2021

UNITED STATES DISTRICT/MAGISTRATE JUDGE

EXCELSIOR

# *Appellate Division of the Supreme Court*
# *of the State of New York*
## *First Judicial Department*

---

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## *Christina Louise Golden Ademola*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***January 23, 2017****, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

SUPREME COURT APPELLATE DIVISION FIRST DEPARTMENT

*In Witness Whereof, I have hereunto set my hand in the City of New York on October 13, 2021.*

*Clerk of the Court*

*CertID-00036040*

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Christina L. Golden Ademola,** was admitted to practice as an attorney in the Courts of his State on **March 13, 2013,** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 12th day of October, 2021.

Lisa A. Dolph
Clerk of the Supreme Court