JORDAN ETH (CA SBN 121617)
JEth@mofo.com
MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
ROBERT W. MAY (CA SBN 295566)
RMay@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
ORACLE CORPORATION, SAFRA A. CATZ, PAULA R. HURD, AS TRUSTEE OF THE HURD FAMILY TRUST, LAWRENCE J. ELLISON and KEN BOND

DORIAN DALEY (CA SBN 129049)
Dorian.Daley@oracle.com
PEGGY BRUGGMAN (CA SBN 184176)
Peggy.Bruggman@oracle.com
JAMES C. MAROULIS (CA SBN 208316)
Jim.Maroulis@oracle.com
500 Oracle Parkway
Mail Stop 5OP7
Redwood City, California 94065
Telephone: 650.506.5200
Facsimile: 650.506.7114

Attorneys for Defendant
ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IN RE ORACLE CORPORATION SECURITIES LITIGATION

Case No. 5:18-cv-4844-BLF

**DECLARATION OF MARK R.S. FOSTER IN SUPPORT OF OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Date: March 24, 2022
Time: 9:00 a.m.
Ctrm: 3, Fifth Floor

Judge: Hon. Beth Labson Freeman

I, Mark R.S. Foster, hereby declare as follows:

1. I am an attorney admitted to practice law in the state of California, a partner at Morrison & Foerster LLP, and counsel of record for Defendants in the above-captioned action. I submit this declaration in support of Defendants' Opposition to Lead Plaintiff's Motion for Class Certification. I make this declaration based on my personal knowledge.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of the November 23, 2021 deposition of Dr. David Tabak.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of December 2021, in Piedmont, California.

*/s/ Mark R.S. Foster*