**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
MARK LEBOVITCH (admitted *pro hac vice*)
(markl@blbglaw.com)
JOHN RIZIO-HAMILTON (admitted *pro hac vice*)
(johnr@blbglaw.com)
ABE ALEXANDER (admitted *pro hac vice*)
(abe.alexander@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (858) 793-0070
Fax: (858) 793-0323

*Counsel for Lead Plaintiff Union Asset Management Holding AG and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Oracle Corporation Securities Litigation* | CLASS ACTION<br><br>Case No. 18-cv-04844-BLF<br><br>**DECLARATION OF JOHN RIZIO-HAMILTON IN SUPPORT OF LEAD PLAINTIFF'S REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date: March 24, 2022<br>Time: 9:00 a.m.<br>Ctrm: Courtroom 3 – 5th Floor<br>Judge: Hon. Beth Labson Freeman |

I, John Rizio-Hamilton, declare as follows:

1. I am an attorney licensed to practice law in the State of New York and am admitted to appear *pro hac vice* in this action. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"), located at 1251 Avenue of the Americas, New York, NY 10020, and counsel for Lead Plaintiff Union Asset Management Holding AG ("Union" or "Lead Plaintiff"). I submit this Declaration in Support of Lead Plaintiff's Motion for Class Certification. I have personal knowledge of the facts stated herein, and if called to testify, could and would competently thereto.

2. Attached as Exhibit A is a chart of 75 cases rejecting the same "*Comcast*-based argument" Defendants make here.

3. Attached as Exhibit B is a true and correct copy of excerpts of the expert report submitted by plaintiffs in support of their motion for class certification in *City of Miami Gen. Emps.' & Sanitation Emps.' Ret. Tr. v. RH, Inc.*, 2018 WL 4931543 (N.D. Cal. Oct. 11, 2018).

4. Attached as Exhibit C is a true and correct copy of excerpts of the expert report submitted by plaintiffs in support of their motion for class certification in *In re Teva Sec. Litig.*, 2021 WL 872156 (D. Conn. Mar. 9, 2021).

5. Attached as Exhibit D is a true and correct copy of excerpts of the expert report submitted by plaintiffs in support of their motion for class certification in *Hatamian v. Advanced Micro Devices, Inc.*, 2016 WL 1042502 (N.D. Cal. Mar. 16, 2016).

6. Attached as Exhibit E is a true and correct copy of excerpts of the expert report submitted by plaintiffs in support of their motion for class certification in *Luna v. Marvell Tech. Grp., Ltd.*, 2017 WL 4865559 (N.D. Cal. Oct. 27, 2017).

7. Attached as Exhibit F is a true and correct copy of excerpts of the expert report submitted by plaintiffs in support of their motion for class certification in *In re SanDisk LLC Sec. Litig.*, 2018 WL 4293336 (N.D. Cal. Sept. 4, 2018).

8. Attached as Exhibit G is a true and correct copy of excerpts of the expert report submitted by plaintiffs in support of their motion for class certification in *In re Lendingclub Sec. Litig.*, 282 F. Supp. 3d 1171, 1184 (N.D. Cal. 2017).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of February, 2022, in New York, New York.

/s/ *John Rizio-Hamilton*
John Rizio-Hamilton