# Exhibit A

| **Certified Securities Class Actions Rejecting *Comcast* Arguments** |
|---|
| 1. *In re Apple Inc. Sec. Litig.*, 2022 WL 354785, at *10-13 (N.D. Cal. Feb. 4, 2022) |
| 2. *Martinek v. Amtrust Fin. Servs., Inc.*, 2022 WL 326320, at *18-19 (S.D.N.Y. Feb. 3, 2022) |
| 3. *In re Allergan PLC Sec. Litig.*, 2021 WL 4077942, at *14-15 (S.D.N.Y. Sept. 8, 2021) |
| 4. *In re BofI Holding, Inc. Sec. Litig.*, 2021 WL 3742924, at *6-9 (S.D. Cal. Aug. 24, 2021) |
| 5. *Utesch v. Lannett Co., Inc.*, 2021 WL 3560949, at *18-19 (E.D. Pa. Aug. 12, 2021) |
| 6. *Pelletier v. Endo Int'l PLC*, 338 F.R.D. 446, 487 (E.D. Pa. 2021) |
| 7. *In re Glob. Brokerage, Inc.*, 2021 WL 1160056 (S.D.N.Y. Mar. 18, 2021), *report and recommendation adopted sub nom. In re Glob. Brokerage, Inc. f/k/a FXCM Inc. Sec. Litig.*, 2021 WL 1105367 (S.D.N.Y. Mar. 23, 2021) |
| 8. *In re Teva Sec. Litig.*, 2021 WL 872156, at *41-42 (D. Conn. Mar. 9, 2021) |
| 9. *Pearlstein v. BlackBerry Ltd.*, 2021 WL 253453, at *22-23 (S.D.N.Y. Jan. 26, 2021) |
| 10. *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.*, 2021 WL 229310, at *6-7 (N.D. Cal. Jan. 21, 2021) |
| 11. *In re Celgene Corp. Sec. Litig.*, 2020 WL 8870665, at *8 (D.N.J. Nov. 29, 2020) |
| 12. *Dougherty v. Esperion Therapeutics, Inc.*, 2020 WL 6793326, at *6-7 (E.D. Mich. Nov. 19, 2020) |
| 13. *Karinski v. Stamps.com, Inc.*, 2020 WL 6572660, at *8 (C.D. Cal. Nov. 9, 2020) |
| 14. *Plymouth Cnty. Ret. Sys. v. Patterson Companies, Inc.*, 2020 WL 5757695, at *14-15 (D. Minn. Sept. 28, 2020) |
| 15. *In re CenturyLink Sales Pracs. & Sec. Litig.*, 337 F.R.D. 193, 212-13 (D. Minn. 2020) |
| 16. *In re Willis Towers Watson PLC Proxy Litig.*, 2020 WL 5361582, at *9-11 (E.D. Va. Sept. 4, 2020) |
| 17. *In re Acuity Brands, Inc. Sec. Litig.*, 2020 WL 5088092, at *6-7 (N.D. Ga. Aug. 25, 2020) |
| 18. *Cosby v. KPMG, LLP*, 2020 WL 3548379, at *26-28 (E.D. Tenn. June 29, 2020), *report and recommendation adopted*, 2021 WL 1828114 (E.D. Tenn. May 7, 2021) |
| 19. *SEB Inv. Mgmt. AB v. Symantec Corp.*, 335 F.R.D. 276, 287-88 (N.D. Cal. 2020) |
| 20. *Pub. Employees' Ret. Sys. of Mississippi v. TreeHouse Foods, Inc.*, 2020 WL 919249, at *10 (N.D. Ill. Feb. 26, 2020) |
| 21. *Weiner v. Tivity Health, Inc.*, 2020 WL 467783, at *11 (M.D. Tenn. Jan. 29, 2020) |
| 22. *Rougier v. Applied Optoelectronics, Inc.*, 2019 WL 6111303, at *15 (S.D. Tex. Nov. 13, 2019), *report and recommendation adopted*, 2019 WL 7020349 (S.D. Tex. Dec. 20, 2019) |
| 23. *Levy v. Gutierrez*, 448 F. Supp. 3d 46, 64-67 (D.N.H. 2019) |
| 24. *Di Donato v. Insys Therapeutics, Inc.*, 333 F.R.D. 427, 446 (D. Ariz. 2019) |
| 25. *Monroe Cnty. Emps.' Ret. Sys. v. The S. Co.*, 2019 WL 3956139, at *24–27 (N.D. Ga. Aug. 22, 2019) |

26. *City of Sunrise Gen. Emps.' Ret. Plan v. Fleetcor Techs., Inc.*, 2019 WL 3449671, at *6–7 (N.D. Ga. July 17, 2019)
27. *In re Signet Jewelers Ltd. Sec. Litig.*, 2019 WL 3001084, at *19–20 (S.D.N.Y. July 10, 2019)
28. *Rooney v. EZCORP Inc.*, 2019 WL 691205, at *8 (W.D. Tex. Feb. 19, 2019)
29. *In re SunEdison Inc. Sec. Litig.*, 329 F.R.D. 124, 142–44 (S.D.N.Y. 2019)
30. *City of Miami Gen. Emps.' & Sanitation Emps.' Ret. Trust v. RH, Inc.*, 2018 WL 4931543, at *2–4 (N.D. Cal. Oct. 11, 2018)
31. *Menaldi v. Och-Ziff Capital Mgmt. Grp. LLC*, 328 F.R.D. 86, 98–99 (S.D.N.Y. 2018)
32. *Wilson v. LSB Indus. Inc.*, 2018 WL 3913115, at *16–17 (S.D.N.Y. Aug. 13, 2018)
33. *Gaynor v. Miller*, 2018 WL 3751606, at *16-18 (E.D. Tenn. Aug. 6, 2018)
34. *In re Twitter Inc. Sec. Litig.*, 326 F.R.D. 619, 629–30 (N.D. Cal. 2018)
35. *Pirnik v. Fiat Chrysler Autos. NV*, 327 F.R.D. 38, 47–48 (S.D.N.Y. 2018)
36. *City of Cape Coral Mun. Firefighters Ret. Plan v. Emergent Biosolutions, Inc., HQ*, 322 F. Supp. 3d 676, 691–93 (D. Md. 2018)
37. *In re Banc of Cal. Sec. Litig.*, 326 F.R.D. 640, 651 (C.D. Cal. 2018)
38. *Cooper v. Thoratec Corp.*, 2018 WL 2117337, at *6–7 (N.D. Cal. May 8, 2018)
39. *Angley v. UTi Worldwide Inc.*, 311 F. Supp. 3d 1117, 1128–29 (C.D. Cal. 2018)
40. *Washtenaw Cty. Emps.' Ret. Sys. v. Walgreen Co.*, 2018 WL 1535156, at *3–4 (N.D. Ill. Mar. 29, 2018)
41. *City of Pontiac Gen. Emps.' Ret. Sys. v. Dell Inc.*, 2018 WL 1558571, at *5–6 (W.D. Tex. Mar. 29, 2018)
42. *W. Va. Pipe Trades Health & Welfare Fund v. Medtronic, Inc.*, 325 F.R.D. 280, 290 (D. Minn. 2018)
43. *Baker v. SeaWorld Entm't Inc.*, 2017 WL 5885542, at *12–14 (S.D. Cal. Nov. 29, 2017)
44. *Luna v. Marvell Tech. Grp., Ltd.*, 2017 WL 4865559, at *5–6 (N.D. Cal. Oct. 27, 2017)
45. *In re Lendingclub Sec. Litig.*, 282 F. Supp. 3d 1171, 1184 (N.D. Cal. 2017)
46. *KBC Asset Mgmt. NV v. 3D Sys. Corp.*, 2017 WL 4297450, at *6–7 (D.S.C. Sep. 28, 2017)
47. *Howard v. Liquidity Servs. Inc.*, 322 F.R.D. 103, 137–41 (D.D.C. 2017)
48. *La. Mun. Police Emps. Ret. Sys. v. Green Mountain Coffee Roasters, Inc.*, 2017 WL 3149424, at *6–7 (D. Vt. July 21, 2017)
49. *In re Silver Wheaton Corp. Sec. Litig.*, 2017 WL 2039171, at *14-16 (C.D. Cal. May 11, 2017)
50. *Todd v. STAAR Surgical Co.*, 2017 WL 821662, at *11 (C.D. Cal. Jan. 5, 2017)
51. *Hayes v. MagnaChip Semiconductor Corp.*, 2016 WL 7406418, at *9 (N.D. Cal. Dec. 22, 2016)
52. *W. Palm Beach Police Pension Fund v. DFC Global Corp.*, 2016 WL 4138613, at *14-15 (E.D. Pa. Aug. 4, 2016)
53. *Beaver Cty. Emps.' Ret. Fund v. Tile Shop Holdings Inc.*, 2016 WL 4098741, at *11-12 (D. Minn. July 28, 2016)

54. *In re Montage Tech. Grp. Ltd. Sec. Litig.*,
    2016 WL 1598666, at *13 (N.D. Cal. Apr. 21, 2016)
55. *In re Barrick Gold Sec. Litig.*,
    314 F.R.D. 91, 104–07 (S.D.N.Y. 2016)
56. *Thorpe v. Walter Inv. Mgmt. Corp.*,
    2016 WL 4006661, at *15–16 (S.D. Fla. Mar. 16, 2016)
57. *Hatamian v. Advanced Micro Devices, Inc.*,
    2016 WL 1042502, at *8–9 (N.D. Cal. Mar. 16, 2016)
58. *Strougo v. Barclays PLC*,
    312 F.R.D. 307, 313, 327 (S.D.N.Y. 2016)
59. *In re Petrobras Sec. Litig.*,
    312 F.R.D. 354, 371-72 (S.D.N.Y. 2016)
60. *Första AP-Fonden v. St Jude Med. Inc.*,
    312 F.R.D. 511, 516–17 (D. Minn. 2015)
61. *Kaplan v. S.A.C. Capital Advisors, L.P.*,
    311 F.R.D. 373, 382–83 (S.D.N.Y. 2015)
62. *In re NII Holdings Inc. Sec. Litig.*,
    311 F.R.D. 401, 413–14 (E.D. Va. 2015)
63. *In re JPMorgan Chase & Co. Sec. Litig.*,
    2015 WL 10433433, at *7 (S.D.N.Y. 2015)
64. *In re Wilmington Trust Sec. Litig.*,
    310 F.R.D. 243, 245–46 (D. Del. 2015)
65. *In re Goldman Sachs Grp. Inc. Sec. Litig.*,
    2015 WL 5613150, at *7–8 (S.D.N.Y. Sep. 24, 2015)
66. *City of Sterling Heights Gen. Emps.' Ret. Sys. v. Prudential Fin., Inc.*,
    2015 WL 5097883, at *13 (D.N.J. Aug. 31, 2015)
67. *Fosbre v. Las Vegas Sands Corp.*,
    2015 WL 3722496, at *2–6 (D. Nev. June 15, 2015)
68. *In re St. Jude Med. Inc. Sec. Litig.*,
    2014 WL 6908434, at *6–9 (D. Minn. Dec. 8, 2014)
69. *Wallace v. IntraLinks*,
    302 F.R.D. 310, 318 (S.D.N.Y. 2014)
70. *In re Groupon, Inc. Sec. Litig.*,
    2014 WL 5245387, at *1–2 (N.D. Ill. Sep. 23, 2014)
71. *McIntire v. China MediaExpress Holdings Inc.*,
    38 F. Supp. 3d 415, 435–36 (S.D.N.Y. 2014)
72. *In re BP plc Sec. Litig.*,
    2014 WL 2112823, at *8–9 (S.D. Tex. May 20, 2014)
73. *Dodona I LLC v. Goldman Sachs & Co.*,
    296 F.R.D. 261, 270–71 (S.D.N.Y. Jan. 23, 2014)
74. *In re Heckmann Corp. Sec. Litig.*,
    2013 WL 2456104, at *13–14 (D. Del. June 6, 2013)
75. *In re Diamond Foods Inc. Sec. Litig.*,
    295 F.R.D. 240, 251–52 (N.D. Cal. 2013)