BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
MARK LEBOVITCH (admitted *pro hac vice*)
(markl@blbglaw.com)
JOHN RIZIO-HAMILTON (admitted *pro hac vice*)
(johnr@blbglaw.com)
ABE ALEXANDER (admitted *pro hac vice*)
(abe.alexander@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (858) 793-0070
Fax: (858) 793-0323

*Counsel for Lead Plaintiff Union Asset Management Holding AG and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Oracle Corporation Securities Litigation* | <u>CLASS ACTION</u><br><br>Case No. 5:18-cv-04844-BLF<br><br>**NOTICE RE: MARCH 4, 2022 ORDER CONCERNING MATERIALS FILED UNDER SEAL RELATED TO MOTION FOR CLASS CERTIFICATION**<br><br>**[Civil Local Rules 7-11 and 79-5]**<br><br>Dept.: Courtroom 3, 5th Floor<br>Judge: Honorable Beth Labson Freeman |

In accordance with the Court's March 4, 2022 Order (ECF No. 114) and the Stipulated Protective Order entered by the Court (ECF No. 103), Lead Plaintiff Union Asset Management Holding AG ("Lead Plaintiff") respectfully submits this Notice concerning the materials filed provisionally under seal in connection with Lead Plaintiff's October 8, 2021 motion for class certification (ECF No. 107).

As stated in Lead Plaintiff's prior submission (ECF No. 107), Defendants originally designated certain exhibits attached to and referenced in Lead Plaintiff's motion for class certification as "HIGHLY CONFIDENTIAL-ATTORNEYS EYES' ONLY." In accordance with the terms of the July 6, 2021 Stipulated Protective Order, Lead Plaintiff filed these materials under seal, and redacted the portions of Lead Plaintiff's motion for class certification that quoted from these materials.

Yesterday, in response to Lead Counsel's inquiry, counsel for the Oracle Defendants advised Lead Counsel that "Defendants do not intend to seek sealing of the previously-submitted documents at issue in the Court's [March 4, 2022] order" and that "[p]ursuant to § 12.3 of the Stipulated Protective Order, [Defendants] agree that Plaintiff does not need to file the documents under seal."

Accordingly, Lead Plaintiff may now file its class certification motion without sealing or redaction, and there is no need to request an order sealing materials quoted in or attached to Lead Plaintiff's motion for class certification. Lead Plaintiff will promptly re-file its motion for class certification on the public docket with all exhibits and without redaction.

Dated: March 9, 2022

Respectfully submitted,

/s/ *John Rizio-Hamilton*

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
JOHN RIZIO-HAMILTON (*pro hac vice)*
(johnr@blbglaw.com)
MARK LEBOVITCH (*pro hac vice)*
(markl@blbglaw.com)
ABE ALEXANDER (*pro hac vice)*
(abe.alexander@blbglaw.com)

1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

JONATHAN D. USLANER (Bar No. 188574)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars
Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472

*Counsel for Lead Plaintiff*
*Union Asset Management Holding AG and*
*Lead Counsel for the Class*