# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. 18-cv-04844-BLF

-------------------------------------

In re Oracle Corporation
Securities Litigation

-------------------------------------

Transcript of Audio File: Stratton0175

There's a significant amount of problems. And those problems don't just relate to my commissions or the whole team. It's the -- could be hundreds of Cloud bookings that are never implemented and they're falling off.

And like I told you, Q3 and Q4, Greg has even stated to us, and then he tries to back off -- we see it because we see the renewals. There are dozens upon dozens, if not over a hundred that will cancel alone in Q3 and Q4.

So you know, my position is that contract that I was forced to sign is in breach, because they knowingly provided bad, invalid business as part of my quota. So did you talk to Greg or Scott about that? Did they have any comments?

HEATHER PFLANZ KLEPITSCH: That what? Specifically what? You said a lot of things here.

JOHN STRATTON: All the invalid --

HEATHER PFLANZ KLEPITSCH: Yes.

JOHN STRATTON: All the invalid bookings that have been put on the books of other deals for the last couple years. We refer to them as invalid ATR, dead on arrival, you know --

they were never going to -- they never implemented, thus they're not going to renew. That's 250 grand. I had another like --

HEATHER PFLANZ KLEPITSCH: Can you just remind me, then, so I don't have to go back and look at my notes, how much you were given and now how much do you have, and why is that so different? Because that supports your case, basically, right? In my example, I used 105. You know --

JOHN STRATTON: Okay.

HEATHER PFLANZ KLEPITSCH: -- I was told I was getting 100. I got this list of 100 accounts, Heather. It turns out that 95 of them were invalid and now I only have five.

JOHN STRATTON: Well, I did provide you with my Excel spreadsheet and I put notes in there. So I would guess percentage-wise I had 35 percent of my territory, which obviously was used to get to my quota, is invalid and/or known cancellation prior to June 1st. And other reps have 50-plus percent.

HEATHER PFLANZ KLEPITSCH: Okay. I'll look for that spreadsheet then.

JOHN STRATTON: So I'm assuming -- did