# Exhibit B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. 18-cv-04844-BLF

-------------------------------------

In re Oracle Corporation

Securities Litigation

-------------------------------------

Transcript of Audio File: Stratton0176

there's still a difference of opinion. You seem to be very concerned, and they do not. I mean, their position is, and what I found was, that you know, yes, there are some accounts that are out there that our customers agreed to. And they became Sales Cloud customers. And some of them didn't utilize our product.

JOHN STRATTON: Which we --

HEATHER PFLANZ KLEPITSCH: Well --

JOHN STRATTON: Which many of those, that was from day one, even when they signed the ordering document. They never intended to implement the product, thus getting to the point of going live and using it.

HEATHER PFLANZ KLEPITSCH: Yeah. But they did agree voluntarily to become a customer. And so it's our goal for them to utilize these products. So, you know, whatever their intention might've been, they still voluntarily signed those deals and agreed to be an Oracle Sales Cloud customer. Whatever they decided to do it that was up to them. And it's our obligation as a sales organization to continue to try and get them to utilize it.

JOHN STRATTON: Yeah. Okay, yeah,

worry about it; we're going to finish this out by the end of the year. I can't accept that.

And I think anyone in a sales role -- you know, we're here to make money, and 45 percent of what our comp plan, you know, should be, and you know, in a perfect world, if we had all valid ATR, you know, we would have been paid, or at least I would have been paid, you know, roughly $35,000 more than I have over the last three quarters.

And when you have all these promises of, hey, we're meeting next month to talk about dispositioning, and for Scott Webb and Greg to say that it's not a big issue, it's interesting how, you know, Scott talks to our group with his reassurances and how heads are going to roll starting in September, once he found out, you know, the vast issues related to that.

So I find it absolutely perplexing that they minimized this problem with you, because I know first-hand that it's a big problem, and then when we’re on forecast calls and other things, they do as well.

And that's why, you know, my last point is, you know, you've got guys like Chris Marten

and Jeremy Barsamian have separate lists of these that are not incorporated in the Excel spreadsheets anymore that we are supposed to be updating our forecasts with.

Now why -- the only rational explanation to me is they don't want us to see the significance of all of our other team members. And you know, some team members talk. You know, I have one team member that has 10 of 12 deals for Q3 are invalid. And it's not just OSC; it's ERP. So ERP is starting to creep into that invalid ATR territory.

So, you know, I mean, if you want -- I know Chris Marten has, because we were told he does. He's got the list of all of the bookings for OSC that have never been implemented. And, you know, those have been around, some going on two years.

So, you know, why would they minimize the problem to you? That doesn't make sense.

HEATHER PFLANZ KLEPITSCH: I don't know. But I've supported sales for 14 years here at Oracle, and you know, on a higher level there will always be territories and accounts that are in change and transition, and organizational

have Greek and French, A and B.

JOHN STRATTON: No.

HEATHER PFLANZ KLEPITSCH: White and black. Two different things here.

JOHN STRATTON: Well, my one question back to you is when we first talked, you made a comment that it would be important to talk to other team members. And then on our last call, you said there was not a need for that anymore. So I'm saying one thing. Greg and Scott are saying another thing. I would think it would make sense for your due diligence to talk to other team members and also talk to, you know, to people like Jeremy Barsamian and Christopher Marten and get the list from them.

Because look, here's the thing, Heather. We can agree or not agree, and we can hang up the phone in 10 minutes, it's going to come out in the next two to -- well, at least the next four quarters of earnings release. Because it's just -- those metrics are not going to be supported.

HEATHER PFLANZ KLEPITSCH: Mm hm.

JOHN STRATTON: And you know, my issue is they're obviously contradict -- someone is