# Exhibit C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. 18-cv-04844-BLF

-------------------------------------

In re Oracle Corporation

Securities Litigation

-------------------------------------

Transcript of Audio File: Stratton0181

hadn't spoken or emailed you on this. If I don't hear any information with like Paul or Frank.

PAUL BROWNE: I think so. I think I was in Greg's office when you called him and you wanted all the information on the EBS Dodge deal, so I think I owe it to you. I think that was the last time we spoke on this.

SCOTT WEBB: Okay. So I talked to Frank and Frank basically admitted that what's your -- he was very cool and totally open and honest with me. So he said yep, these deals were absolutely tied together and we told them that they just needed to sign the sales cloud deal in order to get the E-business suite pricing, and they -- they phrase this as a seeding deal to try to motivate the customer to fully up on that Oracle Sales Cloud (indiscernible) their enterprise, which they obviously haven't done since the guy managing that instance didn't even know they had the additional 337 users. So I've got a good story now. I haven't spoken with Joann about it yet. I did debrief Steve McMillan on my conversation with Frank. Sit tight on this one, just plug away, and do the renewal for 50 users.

PAUL BROWNE: Okay.