# Exhibit D

[Colorado Kickoff mtgs] Scott Webb

6/21/16 FY'17 comp. Plan

* Romania "TBH" (Ghost) Territory. DOAS!
* $20m ATR CRMOD & OSC Total
* $20m ATR in CPQ & Social Total
* Customer Success has done a great job scrubbing the portfolios.
  J/P = FY'17
  DOAS = $13m (financial deal") inflated Discount Shit
  Known cancellations = $

(*) We are getting DOA's in our quota for FY'17 but they will get removed.
  * They will get removed in Q'2 FY'17.

(*)(*) (*) Susan Tucker Tier 1 can provide us w/ DOA DAS Deals.

(*) Across All Pillars - 85% "Renewal Rate" for FY'17 ~~Renewal Ra~~ fusion Products.
  * Mark Hurd dictated this.

(*) "under the radar" approach to calculate our quotas for DOA deals & establish a ghost territory.
  • Sam & Steve are aware.
  • We are the only group at oracle that has this flexibility in quota setting.

Svetlana. ↑ Ghost ← useprop up to Rin. Rates.

(*) 45% Renewal Rate on CRMOD FY'17.
  * everything else is 85%

(*) Matt ~~Storp~~ is Joanne's finance Guy!!! → Stirrup

(*) ASM's not getting paid on Renewals FY'17.

Alex Br! (*) OSC "still not ready" for us to use internally for Renewals.

greenroom

Stratton0001

Meeting Reminder: CX Sales, Social, CPQ, ERP Forecast Call (ID: 2...

**Subject:** Meeting Reminder: CX Sales, Social, CPQ, ERP Forecast Call (ID: 263 0537 PC: 1234)
**From:** john.stratton@oracle.com
**Date:** 9/28/2015 1:12 PM
**To:** john.stratton@oracle.com

Meeting Reminder

## CX Sales, Social, CPQ, ERP Forecast Call

Date: Mon, Sep 28, 2015
Time: 1:30 PM CDT - 2:30 PM CDT
Location: ID: 263 0537 PC: 1234
Organizer: Scott Webb
Attendees: Phil Sykes; Scott Webb; gbuchana_org_ww; Jeremy Barsamian; Kimberly Derosa...
Description: https://oracletalk.webex.com/meet/pr4910023

* Scott talking about
BS 7X multiplier w/ sales
selling an ERP suite & throwing
in OSC (Allocated $) and of course
OSC was never implemented!
multi piller deals! ex: 500k for ERP & Knock down to $400k & add $100k for OSC!

* Scott said (in part) that invalid ATR not taken out!

* Jimmy Barsamian has all the data.
The shit about invalid ATR! The
OSC deals that never deployed.

Why haven't we seen this list from Jimmy???

→

Stratton0002

**Subject:** Meeting Reminder: CX Sales, Social, CPQ, ERP Forecast Call (ID: 263 0537 PC: 1234)
**From:** john.stratton@oracle.com
**Date:** 11/3/2015 1:12 PM
**To:** john.stratton@oracle.com

HP (circled) same Day I 1st submitted to SEC!

Meeting Reminder

## CX Sales, Social, CPQ, ERP Forecast Call

[redacted]

Date: Tue, Nov 03, 2015 — Audio!!!
Time: 1:30 PM CST - 2:30 PM CST
Location: ID: 263 0537 PC: 1234
Organizer: Scott Webb
Attendees: Jeremy Barsamian; gbuchana_org_ww; Christopher Marten; Scott Webb; Phil Sykes; ...
Description: https://oracletalk.webex.com/meet/pr4910023

1. Heavensplot by end of week
2. Matt Jacobson help / Laura
3. School Specialty = Pay us out of free months, net new for
4. Populate Webb's Q-1 comp. sheet!!!
5. "Haworth should be invalid" Sam Ortega.
6. AJ Oster!!! Scott talking to ~~Scott~~ Frank O'Dowd about Phantom !!! ("frank admitted") OSC. (✱) $337K ARR was supposed to be for Paul Browne
7. Good Dialogue about Batesville. There was No RFI or competitive Threat!!!
8. Scott talking about our quote relief! 50 minute mark

Stratton0003

**Subject:** Meeting Reminder: CX Sales, Social, CPQ, ERP Forecast Call (ID: 263 0537 PC: 1234)
**From:** john.stratton@oracle.com
**Date:** 10/12/2015 1:12 PM
**To:** john.stratton@oracle.com

Meeting Reminder
## CX Sales, Social, CPQ, ERP Forecast Call

Date: Mon, Oct 12, 2015
Time: 1:30 PM CDT - 2:30 PM CDT
Location: ID: 263 0537 PC: 1234
Organizer: Scott Webb
Attendees: gbuchana_org_ww; Phil Sykes; Jeremy Barsamian; Kimberly Derosa; Scott Webb; ...
Description: https://oracletalk.webex.com/meet/pr4910023

provided weekly from Greg! "Forecast"!

* use "ATR Sheet" (manual) to reconcile accounts

me = * They are using excel because of the cover up!!!, Sam Ortega & Matt Sterup.

me = * Joanne had to have known what Frank O'Dowd was doing will OSC phantom BS! maybe she was simply hoping that they would stick.

Scott Webb * "OSC still getting 7X multiplier for BS!!!"

me * Jeremy B. has the 5 buckets!!!
* He has already reconciled.

Scott * says he has Q1 commission statements!!!

me * This cover up is bigger than just not paying us! →

* House of cards!!!

Stratton0004

Greg stated months ago that he & Jimmy scrubbed!!!

* $65m down to $35m FY'16 ATR in CRMOD/OSC.

* Haworth never implemented OSC and it looks like this was a phantom BS!!!
  * Haworth not dispositioned correctly in excel.

Scott * "Never intended to implement"
  * 7x multiplier
  * misrepresenting New logos to the street, Acting like we are catching up to SFDC.

* oracle keeps changing out course of CSMs/ASMs!!!

Scott Nill * "Put your detective hat on"...

High Priority

**Subject:** Meeting Reminder: CX Sales, Social, CPQ, ERP Forecast Call (ID: 263 0537 PC: 1234)
**From:** john.stratton@oracle.com
**Date:** 11/10/2015 1:12 PM
**To:** john.stratton@oracle.com

Audio!!!

Meeting Reminder

## CX Sales, Social, CPQ, ERP Forecast Call

| | |
|---|---|
| Date: | Tue, Nov 10, 2015 |
| Time: | 1:30 PM CST - 2:30 PM CST |
| Location: | ID: 263 0537 PC: 1234 |
| Organizer: | Scott Webb |
| Attendees: | Phil Sykes; Jeremy Barsamian; gbuchana_org_ww; Scott Webb; Christopher Marten... |
| Description: | https://oracletalk.webex.com/meet/pr4910023 |

* talked about AJ oster about not implementing 337+ OSC user deal! "Inflate Discounts for EBS"

E-Business Suite (ERP Product)

* Tim Laime (CSM) to Tom Payne

* Mark Fowler is Director of IT for AJ oster

* Someone at AJ oster told Paul Browne that they didn't even know they had OSC

* * * Batesville shit show!!!

(*) * Scott said he was going to recognize full Rev on Jarrod's customer (CPQ) in Nov. even if it doesn't get signed & booked in time!! WTF

Verizon Sourcing LLC

**Subject:** Meeting Reminder: CX Sales, Social, CPQ, ERP Forecast Call ((866) 682-4770,,,5044940#,,1234#)
**From:** john.stratton@oracle.com
**Date:** 1/5/2016 10:43 AM
**To:** john.stratton@oracle.com

Meeting Reminder
## CX Sales, Social, CPQ, ERP Forecast Call

Date: Tue, Jan 05, 2016
Time: 11:00 AM CST - 12:30 PM CST
Location: (866) 682-4770,,,5044940#,,1234#
Organizer: Greg Buchanan
Attendees: Christopher Marten; Cathy Moore; Scott Cowan; Jeremy Barsamian; Scott Webb; ...
Description: https://oracle.webex.com/meet/pr25434846

NO Audio

* Chris martin prepares ATR sheet
  * He will have a new one this Friday Jan, 8th 2016.

* New updates in ATR (chris martin)
* OOA column?
  Forced churn is Green
  "Never implemented"
  column AL is never implemented!!!
  & under cancellations, there is a "Lost - Never implemented"; red color, column Z

Tom Payne knows All of The Non-implementations!!! of OSC

HP next side →

Stratton0007

(x) Tom Payne said he has a separate list for All DOAs!

**Subject:** Meeting Reminder: CX Sales, Social, CPQ, ERP Renewal Forecast (ID: 2630537 PC: 1234)
**From:** john.stratton@oracle.com
**Date:** 4/20/2016 11:43 AM
**To:** john.stratton@oracle.com

Meeting Reminder

## CX Sales, Social, CPQ, ERP Renewal Forecast

| | |
|---|---|
| Date: | Wed, Apr 20, 2016 |
| Time: | 12:00 PM CDT - 1:30 PM CDT |
| Location: | ID: 2630537 PC: 1234 |
| Organizer: | Scott Webb |
| Attendees: | Scott Cowan; Jeremy Barsamian; Christopher Marten; Cathy Moore; Scott Webb; ... |
| Description: | https://oracletalk.webex.com/meet/pr4910023 |

"quite a few OOA's in ERP"
Dirk said (Dirk Dacosta)
↳ "massive Hit" due to ERP
DOA!

(*) comp. Gets worked out w/ Sam
& Steve McMillan Scott
said. when Dirk asked.

(*) Every fucking Excel spreadsheet
used for Forecast call is wrong!
so if we don't get to one, Scott
uses them for Senior mgmt!
* Scott shows Forecasting into
Matt ~~Storm~~ Stirrup !!!

Stratton0009

Someone orchestrated all of it starting w/ covering up DOA by hiring us!

1st promo 2nd promo 3rd promo
1500 1500

① DOA: OSC, ERP & FIC

7x multiplier

can't locate ODs

Billing issues

* used to inflate discount for product customer actually wanted. i.e. $500k → $400/100k

② Hurd's Earnings calls

③ VSOE issues

④ Batesville

⑤ Forecast calls

⑥ Webb ATR file mgmt. Knowingly left invalid ATR in and plans to carry it over again in FY'17 in a Romanian Territory.

⑦ Chris Martin & Jeremy Barlomian have access to implementation Data.

* look at WDAY CEO comments re: ERP
* wedbush comments

⑧ Asm Turnover

⑨ renewal rates Low

* CX sales FY'16 35-40%
HCM 75-80% plus
CX Service 75-80% plus
CPQ 75%

⑩ OD issues (50% never get executed so systems dragged down)

Stratton0010

* EPP will be disaster FY'17! FIC disaster FY'17!

**Subject:** Meeting Reminder: John Comp Issues (John to call Scott - 916-899-8269)
**From:** john.stratton@oracle.com
**Date:** 4/27/2016 3:42 PM
**To:** john.stratton@oracle.com

Meeting Reminder

## John Comp Issues

| | |
|---|---|
| Date: | Wed, Apr 27, 2016 |
| Time: | 4:00 PM CDT - 5:00 PM CDT |
| Location: | John to call Scott - 916-899-8269 |
| Organizer: | Scott Webb |
| Attendees: | Scott Webb; John Stratton |
| Description: | Would like to go through your full fiscal year and determine what ATR can be submitted for re-plan. |

* "re-plan / quota setting"

* invalid ATR = wrong service end date

* They knew some of the DOA's back in May 2016.

* They redistributed the invalid ATR, prior to FY'16, for FY'16

  * They lowered the Piller renewal rate to accomodate it. No! they left it in to hide it!!!

* They didn't zero it out "cleansed it" because it would make our renewal % Goal/TGT higher

HPO * "Assign it to a vacant territory in Romania" - All of the OSC/ERP DOA!!! WTF.

"sub optimal conditions to set quotas" in FY'16!!

Stratton0011

4/29/16 call w/ Webb

* Abbey & Sarah are handling the CRSM quota re-plan.

(*) Anything truly invalid ATR (Not a cancellation) will be removed from ATR and my quota will be adjusted proportionately. 1st element of "re-plan" → "ATR Reconcilliation" i.e. wrong end date or known cancellation

2nd element is DOA (Never implemented) "customer to cloud program" Steve Mcmillan are trying to get 100% quota relief

* For FY'16 they left shit ATR in it on purpose. i.e. Atco Group

To Do * Scott will provide me w/ a clean ATR file w/ proportionate quota adjustment.

* what about multi year spiffs?

(*) only 7% of CRMOD Deals migrated to OSC

* He wants re-plan done by June 25th for July 15th Pay run!

* Scott said JP doing pro bono to get mgr role! Cathy said JP is getting paid!!!

* FY'17 Plan will be announced next week! * JP will be mgr of sales (me)

* Jarrod will be Social/CPQ

Stratton0012

* He recognized me & Cathy