# Exhibit E

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. 18-cv-04844-BLF

--------------------------------------

In re Oracle Corporation

Securities Litigation

--------------------------------------

Transcript of Audio File: Stratton0183

to -- to treat this with a degree of confidentiality. They are Oracle highly restricted. But you know, I do want to give you, as a team, an insight into the overall organization and -- and insight into how we're doing as a team. So with that as a background, Scott, I'll let you cover some of the key observations for Q2.

So but -- thanks for covering the results. So what we wanted to do in this slide is just give you an overall idea of our contract base and if you've looked at us from an organization that drove perspective, our total contract base we're now managing is nearly a $1 billion dollars, right? So we are stewarding a billion dollars for the Oracle Corporation in terms of what we're looking after. And so that billion dollars is going to renew, you know, some this year. You'll see that $327,000,000 and the 983 renews this year. And then, an FY '18, '19, and so forth, right?

So there's some really good questions, Suzanne and Steve, had some good questions on the -- the web chat and looking at ERP, and I'll talk about that in particular. Because financial

deals, or deals where the -- the sales team have sold as part of a -- a -- a broader transaction, where the customer either has a very small or no-use case for the deployment of the product, is going to have, not just a material impact in this predominant material impact in the ERP pillar. But a -- an -- a material impact to the overall renewal rate from a customer success perspective.

Now, the reason I bring that up, and the reason I'm glad that Suzanne and Steve asked that question, is because it's not -- that's just the start of the story. From my perspective, it's really important to -- to actually when we have those deals, treat them, as much as possible, as a proof of concept. The customer's connected to buy, so they've made the investment. There's no reason why we shouldn't try and enable the customer to get business value out of that investment, even if they have purchased as part of an overall financial interaction.

I realize that some of our customers are fairly stalwart in their refusal to actually utilize the capability. However, a lot of our products and a lot of the capabilities that we have in our products are driving some really