# Exhibit F

**Subject:** FW: FINAL RESULTS FOR TODAY >Financial Deal Engagements for Update follow up
**From:** Ria Wilson <ria.wilson@oracle.com>
**Date:** 9/1/2016 8:08 AM
**To:** John Stratton <john.stratton@oracle.com>

---

**From:** Angie Tao
**Sent:** Friday, August 26, 2016 6:45 PM
**To:** Alex Bucella <alex.bucella@oracle.com>; Alexia Moore <alexia.moore@oracle.com>; Andrea Gattorna <andrea.gattorna@oracle.com>; Anita Schuller <anita.schuller@oracle.com>; Anthony Sarnecki <anthony.sarnecki@oracle.com>; Bik Lee <bik.lee@oracle.com>; Bobby Mcintosh <bobby.mcintosh@oracle.com>; Cathy Bero <cathy.bero@oracle.com>; Celena Knox <celena.knox@oracle.com>; Chris Pilon <christopher.pilon@oracle.com>; Cindy Prochot <cindy.prochot@oracle.com>; Connor Hanson <connor.hanson@oracle.com>; Deborah Puckett <deborah.puckett@oracle.com>; Dirk Dacosta <dirk.a.dacosta@oracle.com>; Don Buckingham <don.buckingham@oracle.com>; Don Murray <donald.murray@oracle.com>; Doris Chen <doris.chen@oracle.com>; Ellie Fogg <ellie.fogg@oracle.com>; David Maikranz <eric.maikranz@oracle.com>; Erik Bowman <erik.bowman@oracle.com>; Erika Joyner <erika.joyner@oracle.com>; Gary Crow <gary.crow@oracle.com>; Greg Sturcke <greg.sturcke@oracle.com>; James Mccabe <james.mccabe@oracle.com>; James Steinbarger <james.steinbarger@oracle.com>; Janet Roos <janet.roos@oracle.com>; Jason Eggers <jason.eggers@oracle.com>; Jeanie Powell <jeanie.powell@oracle.com>; Jeremy Barsamian <jeremy.barsamian@oracle.com>; Jill Bailey <jill.l.bailey@oracle.com>; Jim Reimann <jim.reimann@oracle.com>; Jody Ellinwood <jody.ellinwood@oracle.com>; Jon Burgis <jon.burgis@oracle.com>; Jonathan Barsamian <jonathan.barsamian@oracle.com>; Julie Burgstahler <julie.burgstahler@oracle.com>; Karen Taylor <karen.s.taylor@oracle.com>; Kathie Rushing <kathie.rushing@oracle.com>; Kim Abouzeide <kim.abouzeide@oracle.com>; Kimberley Duckworth <kimberley.duckworth@oracle.com>; Laura Cherubin <laura.cherubin@oracle.com>; Laure Vincot <laure.vincot@oracle.com>; Leslie Rush <leslie.rush@oracle.com>; Leticia Levi <leticia.levi@oracle.com>; Lisa Wilcox <lisa.krueger.wilcox@oracle.com>; Lisa Mull <lisa.mull@oracle.com>; Lori Archie <lori.archie@oracle.com>; Mark Krusec <mark.krusec@oracle.com>; Mark Schlott <mark.schlott@oracle.com>; Mark Stolte <mark.stolte@oracle.com>; Mary Ann Bianco-Pfeiffer <maryann.bianco-pfeiffer@oracle.com>; Matt Cucinotto <matt.cucinotto@oracle.com>; Matt Sturm <matthew.sturm@oracle.com>; Maureen Meeds <maureen.meeds@oracle.com>; Melonie Keeffe <melonie.keeffe@oracle.com>; Michelle Creager <michelle.creager@oracle.com>; Mike Coluci <mike.coluci@oracle.com>; Mike Hurley <mike.hurley@oracle.com>; Monica Donato <monica.donato@oracle.com>; Nicola Medeira <nicola.medeira@oracle.com>; Paul Tanso <paul.tanso@oracle.com>; Ria Wilson <ria.wilson@oracle.com>; Robert Oppenheim <robert.oppenheim@oracle.com>; Ron Adamczyk <ron.adamczyk@oracle.com>; Ryan VanNortwick <ryan.vannortwick@oracle.com>; Sammy Kassem <sammy.kassem@oracle.com>; Sandy Mcswain <sandy.mcswain@oracle.com>; Sonya Sprague <sonya.sprague@oracle.com>; Steve Mcmillan <steve.mcmillan@oracle.com>; Stephen Romagna <steve.romagna@oracle.com>; Steven Jeanselme <steven.jeanselme@oracle.com>; Steve Mintz <steven.mintz@oracle.com>; Susan Schwartz <susan.schwartz@oracle.com>; Tim Laime <tim.laime@oracle.com>; Tim Strand <tim.strand@oracle.com>; Tina Hedge <tina.hedge@oracle.com>; Tom Pappas <tom.pappas@oracle.com>; Tom Payne <tom.payne@oracle.com>; Will Archie <will.archie@oracle.com>
**Cc:** Sam Ortega <sam.ortega@oracle.com>; Stewart Givens <stewart.givens@oracle.com>; Nicole Little <nicole.little@oracle.com>; Steve Mcmillan <steve.mcmillan@oracle.com>
**Subject:** FINAL RESULTS FOR TODAY >Financial Deal Engagements for Update follow up

Hello Team,

We end today at 99% completion... Great work! Thank you everyone for your attention and diligence this week on this effort.

| Count of Engagement Id | Column Labels | | |
|---|---|---|---|
| **Row Labels** | **0% Complete** | **100% Complete** | **Grand Total** |
| ERP | 0% | 76% | 76% |
| HCM | 1% | 2% | 3% |
| Sales Cloud | 1% | 16% | 16% |
| Service | 0% | 4% | 4% |
| **Grand Total** | 1% | 99% | **100%** |

Please remember; to ensure these deals do not end up in ATR you must make sure the opportunity in Oracle Sales Cloud has the revenue line set to lost. I will send out more detailed instructions as next steps next week.

Attached you will find the details.

Have a great weekend.

*Angie Tao*
Office #: 925.694.3505
**Internal Resources:**
OSN Wall
Customer Lifecycle Management OSN Conversation

---

**From:** Angie Tao
**Sent:** Thursday, August 25, 2016 3:55 PM
**To:** Alex Bucella; Andrea Gattorna; Bobby Mcintosh; Connor Hanson; Don Murray; Ellie Fogg; Erik Bowman; Jody Ellinwood; Laura Cherubin; Laure Vincot; Leon Doell; Leslie Rush; Lori Archie; Matt Cucinotto; Matt Sturm; Monica Donato; Roman Cooper; Ron Adamczyk; Sammy Kassem; Sandy Mcswain; Sonya Sprague; Steven Jeanselme; Susan Schwartz; Teresa Costarita; Tim Laime; Will Archie
**Cc:** Andrea Gattorna; Anita Schuller; Bik Lee; Cathy Bero; Celena Knox; Cindy Prochot; Connor Hanson; Deborah Puckett; Don Buckingham; Doris Chen; Erik Bowman; James Mccabe; James Steinbarger; Janet Roos; Jason Eggers; Jill Bailey; Jim Reimann; Jon Burgis; Jonathan Barsamian; Julie Burgstahler; Karen Taylor; Kathie Rushing; Kim Abouzeide; Kimberley Duckworth; Leticia Levi; Lisa Wilcox; Lisa Mull; Lori Archie; Mark Schlott; Mark Stolte; Matt Cucinotto; Michelle Creager; Mike Hurley; Paul Tanso; Ria Wilson; Robert Oppenheim; Ron Adamczyk; Ryan VanNortwick; Sandy Mcswain; Stephen Romagna; Steve Mintz; Tim Laime; Tim Strand; Tina Hedge; Tom Pappas; Sam Ortega; Stewart Givens; Nicole Little; Alexia Moore; Anthony Sarnecki; Chris Pilon; Dirk Dacosta; David Maikranz; Erika Joyner; Gary Crow; Greg Sturcke; Jeanie Powell; Jeremy Barsamian; Mark Krusec; Mary Ann Bianco-Pfeiffer; Maureen Meeds; Melonie Keeffe; Mike Coluci; Nicola Medeira; Tom Payne; Will Archie; Carl Miserendino; Michael Hutchinson
**Subject:** LATEST UPDATE >2:19PM (PST) >Financial Deal Engagements for Update follow up >>> support hours tomorrow see detail...

Hello Everyone,

As of 2:19PM PST; we are at 79% completion. Please refer to the attachment for the details. If your name appears in the in the To line of this email you have unanswered milestone questions that must be

completed to get us to the 100% completion mark.

| Count of Engagement Id | Column Labels | | | |
|---|---|---|---|---|
| Row Labels | 0% Complete | <50% Complete | >50% Complete | 100% Complete |
| ERP | 5% | 0% | 1% | 68% |
| Sales Cloud | 8% | 2% | 1% | 6% |
| Service | 3% | 0% | 0% | 3% |
| HCM | 1% | 0% | 0% | 2% |
| **Grand Total** | **17%** | **2%** | **3%** | **79%** |

Take note, this report is coming out of CLM directly. Yesterday's report was generated from the CSM BI and was missing engagements. Also note, the report used Friday had engagements that have sense been determine as not DOA and therefore are not included on this report.

To reduce confusion I also updated the distribution of this email to reflect only the CSM's and Manager's related to the records that require update.

I hope that between changing the reporting data source and changing the distribution methodology I will be reaching the right people with the right information.

Thank you all again for your hard work in completing this information. It is sincerely appreciated.

*Angie Tao*
Office #: 925.694.3505
**Internal Resources:**
OSN Wall
Customer Lifecycle Management OSN Conversation

---

**From:** Angie Tao
**Sent:** Wednesday, August 24, 2016 7:20 PM
**To:** Angie Tao; Andrea Gattorna; Anita Schuller; Bill Mcnulty; Carlene Lopez; Cathy Bero; Celena Knox; David Hauser; Deborah Puckett; Doris Chen; Erik Bowman; Heather Regan; Jason Atkins; Jeremy Barsamian; Jim Reimann; Jody Ellinwood; Jonathan Barsamian; Julie Burgstahler; Karen Taylor; Kim Abouzeide; Kirk Wightman; Krista Hein; Laura Cherubin; Leticia Levi; Lori Archie; Mari Sue Wurdeman; Mechele Hilton; Mike Coluci; Mike Hurley; Mike Waggoner; Miki Shellabarger; Mitchel Harper; Monica Donato; Paul Tanso; Ravi Deot; Ria Wilson; Roman Cooper; Ron Adamczyk; Sammy Kassem; Sonny Giannavola; Sr Dowd; Stephanie Okeefe; Sylvia Nolan; Teresa Costarita; Terri Carvey; Tim Laime; Vincent Audric
**Cc:** Sam Ortega; Stewart Givens; Nicole Little
**Subject:** ACTION REQUIRED >>>Financial Deal Engagements for Update follow up >>> support hours tomorrow see detail...

Hello Everyone,

I just wanted to send you all a heads up. Tomorrow the attached list which I pulled this afternoon will be provided to your leadership as a status on where we stand on the completion of the milestones on the Post Sales Implementation Analysis playbook.

Here is a summary for you...

| | ACTION | | | | |
|---|---|---|---|---|---|
| Values | 0% Complete | >50% Complete | >75% Complete | 100% Complete | Grand Tot |
| Sum of Unique Eng. % | 55% | 2% | 6% | 38% | 100 |
| Sum of Unique Eng. Count | 69 | 2 | 7 | 48 | 1[illegible] |

As you all know this data is extremely critical and has extreme visibility. We are looking to review all this data with Steve Friday afternoon in preparation for further executive conversations. In these executive conversations the content of our data collection to provide the organization visibility of the impact of DOA's on our future renewal rate. I cannot stress enough how critical it is that you complete these milestones ASAP.

To support you I went through all the Financial Deal engagements applied the Post Sales Implementation Analysis playbook and set the date to make them all active. You simply need to go in and complete the following:

1. Make sure the Services selected represent the Service the customer has no business use case for and no implementation plan for. If you have a Service applied to the Financial Deal engagement and to a Primary engagement it will be assumed that some SKU below the selected Tier 6 product will not be implemented. And, only in those limited circumstances will a Service be used on both a Primary and Financial Deal engagement.
2. Go to the Milestone section of the engagement and click Answer Questions.
3. Answer the Questions.

Heads up; some folks have run into confusing situations due to the auto filters applied to the questions as they are answered. In those situations you need to confirm that the Question Filters are not causing the issue. Here is a little view of what steps you will need to take to adjust the filters and apply them.




I have been out of pocket the last two days in a CLM feedback session and unavailable to support you as you go through these updates. To assist you I will be opening my conference line and webex at these times tomorrow.

- 11AM PST - 8666824770,,,6949231#,,,1030# ; oraclemeetings.webex.com/meet/pr8734460
- 2PM PST - 8666824770,,,6949231#,,,1030# ; oraclemeetings.webex.com/meet/pr8734460

I look forward to chatting with you at these times.

*Angie Tao*
Office #: 925.694.3505
**Internal Resources:**
OSN Wall
Customer Lifecycle Management OSN Conversation

**From:** Angie Tao
**Sent:** Friday, August 19, 2016 4:24 PM
**To:** Andrea Gattorna; Anita Schuller; Bill Mcnulty; Carlene Lopez; Cathy Bero; Celena Knox; David Hauser; Deborah Puckett; Doris Chen; Erik Bowman; Heather Regan; Jason Atkins; Jeremy Barsamian; Jim Reimann; Jody Ellinwood; Jonathan Barsamian; Julie Burgstahler; Karen Taylor; Kim Abouzeide; Kirk Wightman; Krista Hein; Laura Cherubin; Leticia Levi; Lori Archie; Mari Sue Wurdeman; Mechele Hilton; Mike Coluci; Mike Hurley; Mike Waggoner; Miki Shellabarger; Mitchel Harper; Monica Donato; Paul Tanso; Ravi Deot; Ria

Wilson; Roman Cooper; Ron Adamczyk; Sammy Kassem; Sonny Giannavola; Sr Dowd; Stephanie Okeefe; Sylvia Nolan; Teresa Costarita; Terri Carvey; Tim Laime; Vincent Audric
**Cc:** Sam Ortega; Stewart Givens; Nicole Little
**Subject:** Financial Deal Engagements for Update follow up >>>UPDATED PROCESS: CLM Financial Deal Playbook supporting Post Sale Implementation Analysis (DOA Sales Events)
**Importance:** High

Hi Team,

If you are receiving this email you have a financial deal in CLM that requires a new "Post Sale Implementation Analysis" (aka: DOA) playbook with the milestones applied and completed on your engagement. It is essential that all existing Financial Deal engagements are updated with the new playbook milestones by next Friday, August 26. to support August Executive DOA reporting. As in my announcement below, we will not be sending out survey's to collect information. We will be using the "Post Sale Implementation Analysis" (aka: DOA) playbook for our reporting going forward. Attached you will find two things:

1. The Survey results in an excel file from July. I was asked in the CLM and CSM BI Office Hours to provide this detail to help you avoid any duplicate typing effort when answering the milestone questions. EASY.. copy and paste actionJ
2. A webex recording that will walk you through applying the playbook to your engagement, activating it and how to complete it.

I am also working through these records to ensure the playbooks are applied and also help identify financial deal engagements that are just not correct and contacting you with direction. As time is flying and I have a two day workshop next week I do not want to be a roadblock in achieving the update by next Friday.

Please give me a call if you have any questions. I will not be available Tuesday or Wednesday next week. But, I'm happy to help any other time.

*Angie Tao*
Office #: 925.694.3505
**Internal Resources:**
OSN Wall
Customer Lifecycle Management OSN Conversation

ORACLE

**North America Applications**
**NA Applications Business Operations**

**What You Need to Know:**
**NEW CLM Engagement Milestone Playbook for Post Sale Implementation Analysis (a.k.a: DOA Sales Event)**



**Audience: Customer Success CSMs** **August 16, 2016**

CLM Financial Deal engagements are now supported by a new playbook milestone template called "Post Sale Implementation Analysis". This playbook milestone template is intended to capture details supporting DOA sales events.

Starting immediately any CSM who has identified a service purchased by a Customer that does not have a business use case to support the implementation of the product (a.k.a: DOA) must create a Financial Deal engagement with the "Post Sale Implementation Analysis" playbook milestone template selected. Once selected the questions in the "Post Sale Implementation Analysis" milestones must be fully answered.

**DOA actual example:**

> *Customer XYZ, bought FAH was to get a bigger license discount by having it included in the deal. They have no plans to use or roll it out as they only signed up for a one year subscription as part of the bigger deal.*

With the launch of the "Post Sale Implementation Analysis" playbook milestone template we can collect details that enable proactive action to head off renewal risk. CSM's effectively using this playbook will avoid survey's collecting such information off line. The June and July survey's were a temporary data collection method to support executive DOA reporting.

**Resources**

- The attached Financial Deal Engagement presentation – outlines the process flow and detail that is to be followed for proper Financial Deal engagement management
- WEBEX RECORDING LINK: Creating a Financial Deal Engagement in CLM with the Post Sale Implementation Analysis Template
- WEBEX RECORDING LINK: Updating a Financial Deal Engagement with the correct Milestone Template

If you have existing Financial Deal engagements you will be required to take immediate action to apply and complete the "Post Sale Implementation Analysis" playbook milestone template. Customer Success Business Operations will be contacting all CSM's, by email, with Financial Deal engagements to offer office hours to complete the task of applying and completing the playbook by ***EOD, Thursday, August 25***.

**CONTACTS**

CLM and CSM BI Office Hours call held each Friday at 1PM PST

- *DIAL IN: 8666824770,,,7349364#,,,1234#;*
- *WebEx: https://oracleweb.webex.com/oracleweb/j.php MTID=m8195d40e0169dab8a012a607de4fa7a1*

Angie Tao, Customer Success Business Operations Manager

***Oracle Internal and Confidential***

Integrated Cloud
Applications & Platform Services

Copyright © 2016, Oracle. All rights reserved.

Attachments:

| | |
|---|---|
| DOA Status Report AAT082616 4_33PM PST.xlsx | 92.0 KB |