# Exhibit G

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. 18-cv-04844-BLF

--------------------------------------

In re Oracle Corporation

Securities Litigation

--------------------------------------

Transcript of Audio File: Stratton0177

is a pig -- at best, 2.2 million with an ATR of 3.4. And I see all these 36-month Oracle Sales Clouds, which you know, I didn't -- I was never told and I really didn't care if I was or not -- but I was kind of surprised to see all of these Oracle Sales Clouds, when I thought I would just be handling CRM On Demand.

And you know, I'm missing six Opportunity IDs. I can't validate those ones. And those ones are big. You know, Elliott and Dawn; I mean all of those are over 100 grand. All those equal $906,000.

So, you ask me why I'm reluctant, you know, to me, it's black and white. And you know, in June we were told that everything was scrubbed. And that's why I was kind of surprised and shocked that I'm going through it, and I see Cassidy Turley was, you know, dispositioned as cancelled by Scott Webb Tom Payne less than two months ago.

And then finally, we're talking about a replan again. And all of June, all of June we said, yeah, we're going to have this ghost territory, and Romania, we're not going to have to deal with DOAs. And therefore, no replan.