# Exhibit H

**Subject:** Re: FY 16 Compensation Outstanding items.
**From:** john stratton <john.stratton@oracle.com>
**Date:** 11/10/2016 6:25 AM
**To:** John Peterson <john.t.peterson@oracle.com>

Thanks JP. However, I believe I have covered my FY'16 outstanding commission issues in my Demand Letter and related emails that you have been copied on.

Please let me know if you have any questions.

Take care,

John Stratton

On 11/9/2016 3:53 PM, John Peterson wrote:

Hi Team,

If any of you have outstanding FY16 Comp Issues, could you reply to this email with a brief bullet pointed description, so that I can make Scott aware of this and we can work on rectifying them?

--

ORACLE

John Stratton | Sales Manager
Mobile: +1 6127107000
Oracle Cloud Renewal Sales
8000 Norman Center Drive | Bloomington, Minnesota 55437

Oracle is committed to developing practices and products that help protect the environment

EXHIBIT A

Stratton0081

**Subject:** Re: Oracle's Code of Ethics and Business Conduct - Potential Violations
**From:** john stratton <john.stratton@oracle.com>
**Date:** 11/15/2016 9:14 AM
**To:** Greg Vamos <greg.vamos@oracle.com>

Greg, I appreciate you acknowledging receipt of my email. I realize you are traveling internationally through November 23, so I am hopeful we can address these issues by the end of the month.

Thank you and I look forward to hearing from you.

John Stratton

On 11/15/2016 9:00 AM, Greg Vamos wrote:

John, I'm writing to let you know I received your mail. Thank you for sending it to me.

Greg

ORACLE

Greg Vamos | VP, Legal, and Chief Compliance & Ethics Officer
Phone: 1-650-607-1349
Oracle Legal Department
500 Oracle Parkway, MS 5op790 | Redwood Shores, California 94065

**From:** john stratton
**Sent:** Monday, November 14, 2016 9:19 AM
**To:** Vamos Greg <greg.vamos@oracle.com>
**Cc:** SIOBHAN,DONNELLY <siobhan.donnelly@oracle.com>; HEATHER.KLEPITSCH <heather.klepitsch@oracle.com>
**Subject:** Oracle's Code of Ethics and Business Conduct - Potential Violations

Greg:

Attached are documents related to potential misconduct I have witnessed while employed with Oracle. I would suggest that you review the attached documents in chronological order. To date, I have yet to receive a complete response from Heather Klepitsch, Scott Webb, Steve McMillan, Juana Schurman and/or John T. Peterson. I believe the length of time I have been waiting for a full response is unacceptable. Therefore, I am taking the next step in the process by reaching out to you, with the hope that we can resolve these issues in a timely manner.

Please let me know if you have any questions or should require additional documentation.

Thank you,

John E. Stratton

EXHIBIT B

Stratton0082

ORACLE

John Stratton | Sales Manager
Mobile: +1 6127107000
Oracle Cloud Renewal Sales
8000 Norman Center Drive | Bloomington, Minnesota 55437

Oracle is committed to developing practices and products that help protect the environment

--

ORACLE

John Stratton | Sales Manager
Mobile: +1 6127107000
Oracle Cloud Renewal Sales
8000 Norman Center Drive | Bloomington, Minnesota 55437

Oracle is committed to developing practices and products that help protect the environment

**Subject:** Oracle's Code of Ethics and Business Conduct - Potential Violations
**From:** john stratton <john.stratton@oracle.com>
**Date:** 11/14/2016 11:19 AM
**To:** Vamos Greg <greg.vamos@oracle.com>
**CC:** "SIOBHAN,DONNELLY" <siobhan.donnelly@oracle.com>, "HEATHER.KLEPITSCH" <heather.klepitsch@oracle.com>

Greg:

Attached are documents related to potential misconduct I have witnessed while employed with Oracle. I would suggest that you review the attached documents in chronological order. To date, I have yet to receive a complete response from Heather Klepitsch, Scott Webb, Steve McMillan, Juana Schurman and/or John T. Peterson. I believe the length of time I have been waiting for a full response is unacceptable. Therefore, I am taking the next step in the process by reaching out to you, with the hope that we can resolve these issues in a timely manner.

Please let me know if you have any questions or should require additional documentation.

Thank you,

John E. Stratton

ORACLE
John Stratton | Sales Manager
Mobile: +1 6127107000
Oracle Cloud Renewal Sales
8000 Norman Center Drive | Bloomington, Minnesota 55437
Oracle is committed to developing practices and products that help protect the environment

Attachments:

| | |
|---|---|
| Heather Klepitsch Investigation Findings Feb. 16, 2016.pdf | 27 bytes |
| Stratton Demand Letter Oct. 19, 2016.pdf | 27 bytes |
| Oracle Demand Letter Email Thread Oct. 20, 2016.pdf | 27 bytes |
| Stratton Webb Email Oct. 26, 2016.pdf | 27 bytes |
| Email Thread Demand Letter Nov. 9, 2016.pdf | 27 bytes |

**Subject:** Re: FW: Avaya OSC Renewal is a DOA
**From:** john stratton <john.stratton@oracle.com>
**Date:** 11/30/2016 8:22 AM
**To:** Su Kwak <su.kwak@oracle.com>

among other reasons yes.

Thx,

John Stratton

**On 11/29/2016 4:31 PM, Su Kwak wrote:**

John – did you intend to copy me on this to demonstrate what you believe is a "side arrangement"? Just want to be sure that was your purpose.

Thanks,

ORACLE

Su Kwak | Regional Compliance and Ethics Officer, North America
Phone: +15032205181 | Mobile: +17039991397
Oracle Global Compliance & Ethics
1211 SW 5th Ave, Suite 800| Portland, Oregon 97204

Oracle is committed to developing practices and products that help protect the environment

CONFIDENTIALITY NOTE: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** john stratton
**Sent:** Tuesday, November 29, 2016 1:29 PM
**To:** John Peterson
**Cc:** Su Kwak
**Subject:** Avaya OSC Renewal is a DOA

JP, I just got off the phone with the Customer and this Oppy ID 3FJMV is a DOA. I was on the call with Bobby Mcintosh and Drew Shanklin and I am shocked that they didn't know it was a DOA. The customer advised us that they purchased this as part of a broader engagement with Oracle and they never intended to implement it. Therefore, it was purchased to inflate the discount of a product the customer actually wanted.

Needless to say, they will not be renewing this.

Thx,

EXHIBIT
tabbies
C

Stratton0085

Case 5:18-cv-04844-BLF Document 115-9 Filed 03/09/22 Page 7 of 14 PageID #: 2981

John Stratton

--

ORACLE

John Stratton | Sales Manager
Mobile: +1 6127107000
Oracle Cloud Renewal Sales
8000 Norman Center Drive | Bloomington, Minnesota 55437

Oracle is committed to developing practices and products that help protect the environment

--

ORACLE

John Stratton | Sales Manager
Mobile: +1 6127107000
Oracle Cloud Renewal Sales
8000 Norman Center Drive | Bloomington, Minnesota 55437

Oracle is committed to developing practices and products that help protect the environment

**Subject:** Follow Up - Outstanding Commissions
**From:** john stratton <john.stratton@oracle.com>
**Date:** 12/2/2016 9:45 AM
**To:** "HEATHER.KLEPITSCH" <heather.klepitsch@oracle.com>

Heather:

On September 19, 2016, I initiated a dialogue with you regarding my outstanding earned sales commissions. Due to your lack of response, I included this same issue in my Demand Letter, which you received on October 19, 2016. To date, I have yet to receive a response from you related to my outstanding FY'16 and FY'17 commissions. Additionally, as of the recent close of Oracle's Q'2, I believe Oracle now owes me $87,422.00. This revised amount reflects the $14K in Variable Compensation I should be receiving for Q'2 FY'17, if not for a territory that included DOA/Financial Deals.

I received an email from Su Kwak, earlier this week, advising me that she had spoken with you about my "other issues" that I raised in my letter (see below). Whether or not those "other issues" are related to my outstanding compensation issues, the length of time I have been waiting for a response from you is unacceptable. Please help me understand where you are in the process.

Finally, I have provided you with my FY'16 commission calculator, which includes Booking/Order Numbers for all of my deals, on several occasions. If for some reason you have misplaced this information please let me know and I will re-send it to you.

Thank you,

John Stratton

On 11/29/2016 12:16 PM, Su Kwak wrote:

John, I have looked through the communications you had forwarded to Greg and see references to "DOA/Financial Deals" but it would be helpful to have more specificity as to which "DOA/Financial Deals" you are referring to. Can you share any additional detail on which deals you may be referring to and articulate why you think they may be "side arrangements" in violation of Oracle policies? That was not clear to me from your correspondence or from my conversation with Heather (I did speak with Heather and I understand she is still looking into other issues that you had raised in your letter). If you have any additional correspondence you can share with me that you believe addresses my request for more specificity on these "side arrangements," please forward that as well.

EXHIBIT
tabbies
O

Stratton0087

Thanks,

Su

--

ORACLE
John Stratton | Sales Manager
Mobile: +1 6127107000
Oracle Cloud Renewal Sales
8000 Norman Center Drive | Bloomington, Minnesota 55437

Oracle is committed to developing practices and products that help protect the environment

**Subject:** RE: e-mail to Greg Vamos re Potential Violations of Oracle's Code of Ethics
**From:** Su Kwak <su.kwak@oracle.com>
**Date:** 12/5/2016 3:41 PM
**To:** John Stratton <john.stratton@oracle.com>

John, it would speed up the process if you could provide me with the information that you are referencing but if you are unwilling to provide the information, we will look into it separately with what you have provided to me.

Thanks,
Su

**From:** john stratton
**Sent:** Monday, December 05, 2016 1:14 PM
**To:** Su Kwak
**Subject:** Re: e-mail to Greg Vamos re Potential Violations of Oracle's Code of Ethics

Su, I am absolutely appalled that you are requesting, again, that I re-submit documentation that I have already provided to the individuals that I have already mentioned to you. Pursuant to Oracle's Employee Handbook, I provided mgmt, Greg Vamos and you with all of my concerns. It is my belief, that it is now YOUR responsibility to request that information from those individuals. I would strongly suggest you email those individuals, and copy me, requesting all of this information.

Is there a legal precedent or some where in the Oracle Employee Handbook that requires me to re-submit these documents? If not, and this is your position, I will be taking the next steps in the process regarding this matter by the end of this week.

Sincerely,

John Stratton

On 12/5/2016 2:26 PM, Su Kwak wrote:s and

> John, I apologize for any inconvenience but even if you may have already provided information to the individuals you already mentioned, I need you to provide me with everything that you have regarding the "side arrangements" that you raised in your letter so that we can look into it further.
>
> Thanks,
> Su
>
> **From:** john stratton
> **Sent:** Wednesday, November 30, 2016 6:40 AM
> **To:** Su Kwak
> **Subject:** Re: e-mail to Greg Vamos re Potential Violations of Oracle's Code of Ethics
>
> Su, I have provided everything to the individuals I have already mentioned so it is up to

EXHIBIT
tabbies
E

Stratton0089

you to investigate. If you haven't already, I would suggest that you review Corey West's Rev Rec Compliance Training and perhaps share my issues with him to gain his insight. Additionally, you should talk to, among others, Angie Tao and Ayat Alihassan regarding DOA/Financial Deals. My understanding is that Angie required, a few months ago, all CSMs to provide her with all of their respective customers that have DOA/Financial Deals booked. I am sure Angie could provide you with this analysis.

Regarding Ayat, last year, I was on a call with Ayat and she voiced her serious concerns about DOA/Financial Deals and, at that time, she mentioned an internal audit was underway related to DOA/Financial Deals. I would assume this audit has been completed so I would suggest you reach out to Ayat to discuss the audit committee's findings.

Furthermore, you should talk to any Cloud Renewal Rep (CRSM) about DOA/Financial Deals because the vast majority of them have been exposed to them.

Finally, if you should fine that my issues pose no legal liability for me, please provide me with a written assurance as such so that I can stop worrying about it.

Thank you,

John Stratton

On 11/29/2016 12:16 PM, Su Kwak wrote:

> John, I have looked through the communications you had forwarded to Greg and see references to "DOA/Financial Deals" but it would be helpful to have more specificity as to which "DOA/Financial Deals" you are referring to. Can you share any additional detail on which deals you may be referring to and articulate why you think they may be "side arrangements" in violation of Oracle policies? That was not clear to me from your correspondence or from my conversation with Heather (I did speak with Heather and I understand she is still looking into other issues that you had raised in your letter). If you have any additional correspondence you can share with me that you believe addresses my request for more specificity on these "side arrangements," please forward that as well.
>
> Thanks,
> Su
>
> **From:** john stratton
> **Sent:** Tuesday, November 29, 2016 10:02 AM
> **To:** Su Kwak
> **Subject:** Re: e-mail to Greg Vamos re Potential Violations of Oracle's Code of Ethics
>
> Su, thank you for your quick response. However, I am extremely perplexed with your reply. It is my understanding that as the Compliance and Ethics Officer for Oracle it is your responsibility to understand and respond to my Demand Letter, dated October 19, 2016, and subsequent email correspondence. Furthermore, I believe that I have complied with everything that you have requested in your email below. I have spent many

hours documenting the issues that I have addressed numerous times with Heather Klepitsch, Juana Schurman, Scott Webb, Steve McMillan and John Peterson. To date, I have yet to receive a full written response from any of the above mentioned individuals.

I realize that you have just become aware of this so I would suggest you contact the above referenced individuals and have them provide you with all of the documentation related to these issues.

In an effort to briefly respond to your questions, It is my belief that "side arrangements" clearly follow the pattern of the potential hundreds of DOA/Financial Deals that have been booked over the past few years.

I will let you know if I choose to retain counsel.

Thanks,

John Stratton

On 11/29/2016 10:39 AM, Su Kwak wrote:

Thank you John. If at any point, you engage counsel, please let me know.

At this time, I am trying to find out more about the potential violation re "side arrangements" that you raised in your letter addressed to Scott Webb dated 10/19/2016. What are these "side arrangements" that you believe may have occurred and why do you believe they occurred? Can you please provide all of the information/details that you may have regarding this potential violation?

Thanks,
Su

**From:** john stratton
**Sent:** Monday, November 28, 2016 4:02 PM
**To:** Su Kwak
**Subject:** Re: e-mail to Greg Vamos re Potential Violations of Oracle's Code of Ethics

Su, thanks for reaching out. At this point, I am not represented by legal counsel related to this matter. As I have stated since my October 19th Demand Letter and subsequent emails, I would prefer to resolve this amicably.

Please let me know how you and Greg would like to proceed.

John Stratton

Stratton0091

On 11/28/2016 3:59 PM, Su Kwak wrote:

> Hi John, Greg Vamos forwarded the e-mail that you had sent him on 11/14 regarding potential violations of Oracle's Code of Ethics and Business Conduct. First, are you represented by legal counsel? If so, please let me know so that I may communicate through him/her.
>
> Thanks,
> Su
>
> ORACLE
>
> Su Kwak | Regional Compliance and Ethics Officer, North America
> Phone: +15032205181 | Mobile: +17039991397
> Oracle Global Compliance & Ethics
> 1211 SW 5th Ave, Suite 800| Portland, Oregon 97204
>
> Oracle is committed to developing practices and products that help protect the environment
>
> CONFIDENTIALITY NOTE: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

--
ORACLE

John Stratton | Sales Manager
Mobile: +1 6127107000
Oracle Cloud Renewal Sales
8000 Norman Center Drive | Bloomington, Minnesota 55437

Oracle is committed to developing practices and products that help protect the environment

--
ORACLE

John Stratton | Sales Manager
Mobile: +1 6127107000
Oracle Cloud Renewal Sales
8000 Norman Center Drive | Bloomington, Minnesota 55437

Oracle is committed to developing practices and products that help protect the environment

--
ORACLE

John Stratton | Sales Manager
Mobile: +1 6127107000
Oracle Cloud Renewal Sales
8000 Norman Center Drive | Bloomington, Minnesota 55437

Oracle is committed to developing practices and products that help protect the environment

--
ORACLE

John Stratton | Sales Manager
Mobile: +1 6127107000
Oracle Cloud Renewal Sales
8000 Norman Center Drive | Bloomington, Minnesota 55437

Oracle is committed to developing practices and products that help protect the environment