# Exhibit I

October 19, 2016

Scott Webb
Vice President, Cloud Renewal Sales
Oracle Corporation
6020 West Oaks Boulevard
Rocklin, California 95765

**Via E-mail**

**Re: John Egan Stratton's Demand for Payment of Outstanding Sales Commissions.**

Dear Mr. Webb:

For well over a year, I have sent countless emails and have had multiple conversations with Oracle's Management and Human Resources Representatives related to the above reference matter. You have personally stated to me, and my Team Members that we would be compensated for the multiple instances of Invalid ATR/DOA Financial Deals, which were included in our respective FY'16 and FY'17 Territories without our knowledge or consent.

Throughout FY'16 and into early FY'17, you have expressed to me (and others), on multiple occasions, that the "Commission Calculator" you provided me had been approved by Greg Myers, V.P., Global Incentive Compensation and Operations, for accuracy in determining my Renewal Earned Sales Commissions. On **June 21, 2016,** you stated to me (and others) that you received confirmation from the Comp Team that your "Commission Calculator", that I have been relying on, was approved for use in determining final FY'16 sales commissions for CRSM's. This occurred during our Team Meeting in Colorado.

Further, in chronological order, I am providing you with a sampling, though by no means all, of statements that you (and others) have made in specific reference to what has been commonly-understood and referred to internally as the **"Replan/True Up."** This plan involved removing all Invalid ATR/DOA Financial Deals from my FY'16 Territory, and as a result, would have reduced my FY'16 Quota:

- **September 15, 2015,** you and Sam Ortega assured the Renewals Team and myself that "any invalid ATR and or Known Cancellations would be removed from quotas." This occurred during our Q'2 Forecast Call.

- **September 28, 2015,** you made representations to suggest that you were just becoming aware of the significant issues related to DOA/Financial Deals. You mentioned that you had just been at a recent dinner where you were told about the

significant number of DOA/Financial Deals tied to ERP and Frank O'Dowd's Team. This, too, occurred during our Q'2 Forecast Call.

However, while on a call with Greg Buchanan on **September 30, 2016**, I received acknowledgment from Mr. Buchanan that you had been aware of the problems associated with DOA/Financial Deals long before. Furthermore, you stated to me (and others) on **June 21, 2016,** while in Colorado, that you spent the majority of Q'4 FY'15 scrubbing and identifying DOA/Financial Deals. Therefore, you misrepresented to me (and others) that you were aware, at the time, that you were providing us with Invalid ATR/DOA Financial Deals in our FY'16 territory assignments. This occurred in Colorado on June 21, 2016.

- **November 3, 2015,** you represented to me (and others) that we would receive quota relief for any and all Invalid ATR/DOA Financial Deals for FY'16.

- **February 16, 2016,** I had a follow up phone conversation with Heather Klepitsch related to my outstanding commissions and how they were tied to DOA/Financial Deals. On this call. Ms. Klepitsch advised me that she had spoken with you and Greg Buchanan, and that both of you indicated to her that there would be a Replan/True Up for myself and other Team Members who were provided Invalid ATR/DOA Financial Deals in our respective FY'16 territories. Furthermore, Ms. Klepitsch also stated that after speaking with you and Greg Buchanan regarding the number of DOA/Financial Deals, she concluded that this issue was not a problem for the Company. Finally, in my original email to Heather related to this matter, Juana Schurman , Senior V.P., Legal, was copied. To date, I have not received any response from Juana Schurman.

- **June 21, 2016,** You assured me and my Team Members that the FY'16 Replan/True Up was being finalized. You stated "Abby has captured Invalid a week ago" and "end of the year replan is going on now." Furthermore, you stated, once again, that our respective "replans will reduce our quotas." This occurred at our Team Meeting in Colorado.

  Finally, You also stated that the Renewal's Group was provided with an "under the radar approach to calculate our quotas for DOA deals and establish a ghost territory." You commented that Sam (Ortega) and Steve (McMillan) were aware of this and that "we are the only group at Oracle that has this flexibility in quota setting." This also occurred at our Team Meeting in Colorado.

Throughout May and June of this year, you (and others) assured me and my Team Members, on multiple occasions, that the days of receiving DOA/Financial Deals in my territories were over because you established a "ghost territory in Romania" to house them. However, once I received my FY'17 territory and comp plan, and had a chance to research my customer renewals, I discovered that you provided me with at least 5 DOA/Financial Deals with a TCV of over $1 Million. One of the most egregious DOA/Financial Deals I uncovered in my FY'17 territory assignment, provided by you,

included a 36-month OSC Contract signed by Cassidy Turley. Upon receiving this assigned account, this past July, I noticed in Oracle Sales Cloud that you had approved this Contract for Cancellation, per Tom Payne's request, on May 31, 2016. On a July 12, 2016 Forecast Call, I asked Tom Payne about this Contract. Tom Payne did confirm that it was a DOA/Financial Deal and also commented, related to why this Contract was assigned to me for FY'17, "JB (Jeremy Barsamian) should have known it was a known cancellation."

- **September 1, 2016** I received an email notification from Corey West, Oracle's EVP, Corporate Controller and Chief Accounting Officer. The email notification was titled **"Action Required: RevRec Sales Compliance Training."** In this email correspondence, Corey West wrote:

  "Recognizing revenues that are not consistent with these standards could result in significant financial loss to the company and its shareholders as well as criminal and civil action against you, the company, and its officers."

  I proceeded with the training and completed it on September 7, 2016. I am extremely concerned, as it outlined the "5 High Risk" areas that may have a negative affect on Oracle's image. Of particular note, one of the "High Risk" areas was titled "Side Arrangements." I believe the criteria outlined in this section correlates directly with the issues related to DOA/Financial Deals that have been booked over the last 24-36 months. I would like full, written assurance from you and Corey West that I have not been exposed, through no fault of my own, to any deals that maybe interpreted, legally, as a "Side Arrangement." As delivered in the RevRec Sales Compliance Training, "Side Arrangements" violate Oracle's Policies.

- **September 19, 2016** I spoke with Heather Klepitsch, again, regarding my outstanding sales commissions from FY'16. Heather agreed to look into the matter again and follow up with me in a timely manner. To date, I have not received a response from Heather Klepitsch.

In consideration of these misrepresentations, and as a result of my reliance on these misrepresentations, I demand the following compensation for my loss. Please review and respond to me in writing by **Friday, October 21, 2016 at 3:00 PM PST**. If this matter is not resolved by this Friday, I will forward this letter and additional documentation to my Attorney on Monday, October 24, 2016:

| | |
|---|---|
| **Q'1 FY'17 Variable Compensation** | **$ 14, 000** |
| **Remaining FY'16 commission balance** | **$ 59, 422** |

**TOTAL** **$ 73, 422**

Sincerely,

John Egan Stratton
Oracle Corporation
Cloud Renewals Sales Manager
16967 Chiltern Hills Road
Minnetonka, MN 55345
Mobile: 612-710-7000
Oracle Employee ID # 161226

CC: John T. Peterson, Cloud Renewal Sales Senior Manager (Via E-mail)
Heather Klepitsch, Senior HR Business Partner (Via E-mail)
Steve McMillan, SVP, Cust. Success and Managed Cloud Services (Via E-mail)