JORDAN ETH (CA SBN 121617)
JEth@mofo.com
MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
ROBERT W. MAY (CA SBN 295566)
RMay@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendants
ORACLE CORPORATION, SAFRA A. CATZ, PAULA R.
HURD, AS TRUSTEE OF THE HURD FAMILY TRUST,
LAWRENCE J. ELLISON and KEN BOND

DORIAN DALEY (CA SBN 129049)
Dorian.Daley@oracle.com
PEGGY BRUGGMAN (CA SBN 184176)
Peggy.Bruggman@oracle.com
JAMES C. MAROULIS (CA SBN 208316)
Jim.Maroulis@oracle.com
500 Oracle Parkway
Mail Stop 5OP7
Redwood City, California 94065
Telephone: 650.506.5200
Facsimile: 650.506.7114

Attorneys for Defendant
ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| *In re Oracle Corporation Securities Litigation* | Case No. 5:18-cv-4844-BLF |
| | **CLASS ACTION** |
| | **STIPULATION AND [PROPOSED] ORDER VACATING CASE SCHEDULING ORDER IN LIGHT OF SETTLEMENT** |
| | Judge:  Hon. Beth Labson Freeman |
| | Date Action Filed:  August 10, 2018 |

All parties, through their undersigned counsel, hereby submit this Stipulation and [Proposed] Order subject to the Court's approval:

A.  The parties have reached an agreement to settle this action, subject to the Court's approval.

B.  The parties are working towards preparing a Stipulation of Settlement and related documents.  The parties presently anticipate that Lead Plaintiff will be in a position to file a motion for preliminary approval by the Court within the next 30 days.

C.  In light of the parties' agreement to settle, the parties ask this Court to vacate all future deadlines set forth in the Court's May 25, 2021 Scheduling Order.  (ECF No. 102.)

Dated:  June 3, 2022

**MORRISON & FOERSTER LLP**

By: */s/ Mark R.S. Foster*

Attorneys for Defendants

Dated:  June 3, 2022

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ John Rizio-Hamilton*

Attorneys for Lead Plaintiff

1

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

2      In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

3   document has been obtained from the signatories.

4

5   Dated: June 3, 2022                              */s/ Mark R.S. Foster*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, it is SO ORDERED that all future deadlines set forth in this Court's May 25, 2021 Scheduling Order are hereby vacated.

Dated:   June 3, 2022

_____

HON. BETH LABSON FREEMAN
United States District Judge

STIPULATION AND [PROPOSED] ORDER VACATING CASE SCHEDULE IN LIGHT OF
SETTLEMENT
Case No. 5:18-cv-4844-BLF

3