UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 8 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, on behalf of themselves and all others similarly situated; UNION ASSET MANAGEMENT HOLDING AG, Appointed Lead Plaintiff,<br><br>Plaintiffs-Respondents,<br><br>v.<br><br>ORACLE CORPORATION; et al.,<br><br>Defendants-Petitioners. | No. 22-80048<br><br>D.C. No. 5:18-cv-04844-BLF<br>Northern District of California, San Jose<br><br>ORDER |

The unopposed motion to stay the disposition of this petition for permission to appeal pending the district court's approval of the settlement agreement is granted.

On or before September 06, 2022, counsel shall provide a status report by email to the Circuit Mediator (Stephen_Liacouras@ca9.uscourts.gov). Counsel are requested to include the Ninth Circuit case name and number in the subject line. The status report should not be filed with the court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator