# Exhibit 4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

*In re Oracle Corporation Securities Litigation*

CLASS ACTION

Case No. 18-cv-04844-BLF

**DECLARATION OF JOHN RIZIO-HAMILTON IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Dept.: Courtroom 3, 5th Floor
Judge: Honorable Beth Labson Freeman

Hearing Date: September 15, 2022

I, John Rizio-Hamilton, declare as follows:

1. I am an attorney admitted *pro hac vice* to this Court. I am a partner in the law firm Bernstein Litowitz Berger & Grossmann LLP ("BLB&G" or "Lead Counsel"), counsel for Lead Plaintiff Union Asset Management Holding AG and Lead Counsel for the Class. I submit this declaration in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement (the "Motion") and to provide the information required by the United States District Court for the Northern District of California's *Procedural Guidance for Class Action Settlements*. The following statements are based on my personal knowledge and information provided by other BLB&G attorneys working under my supervision, and if called on to do so, I could and would testify competently thereto.

2. In connection with the Motion, Lead Counsel requests that the Court approve the retention of A.B. Data, Ltd. ("A.B. Data"), an independent settlement and claims administrator with extensive experience handling the administration of securities class actions, to provide notice and claims administration services in the Action under the supervision of Lead Counsel. These services will include disseminating notice of the Settlement to potential Class Members, receiving requests for exclusion from the Class, receiving and processing of Claim Forms, calculating payment amounts for eligible Claimants under the Court-approved plan of allocation, distributing payments to eligible Claimants, and responding to Class Member inquiries.

3. Lead Counsel selected A.B. Data after a "request for proposal" process in during which Lead Counsel solicited proposals for notice and administration services from three experienced settlement administration firms—A.B. Data, Epiq Systems, and JND Legal Administration. Lead Counsel requested each of these firms to describe their qualifications and describe their proposed fees and costs for the engagement.

4. All three administrators who were sent a request for proposal submitted a response. All three potential settlement administrators proposed notifying the Class by sending notice by first-class mail to all potential Class Members who could be identified and all proposed similar methods of processing claims received and mailing payment to eligible Claimants. Lead Counsel then

compared the submitted proposals, taking into consideration each administrator's estimated cost to disseminate notice and to administer any settlement obtained. All three firms proposed fees and costs structures that resulted in comparable total estimated costs (although the exact costs would be dependent on factors such as the number of notices mailed and number of claims received, as well as other contingencies). Based on its prior experience with the three firms, Lead Counsel believes that A.B. Data would prove to be must economical of the three options and also possesses the requisite experience and capacity to do a reliable and competent job. Accordingly, Lead Counsel has selected A.B. Data to serve as Claims Administrator for this engagement, subject to the Court's approval.

5. In the past two years, BLB&G has engaged A.B. Data to serve as the notice administrator or claim administrator in 14 actions (in addition to *Oracle*) in which BLB&G acted as class counsel or co-class counsel: *In re Impinj, Inc. Sec. Litig.*, No. 3:18-cv-05704-RSL (W.D. Wash.); *In re Willis Towers Watson plc Proxy Litig.*, Master File No. 1:17-cv-1338 (E.D. Va.); *In re Micro Focus Int'l plc Sec. Litig.*, Master File No. 1:18-cv-06763 (ALC) (S.D.N.Y.); *Weiss v. Burke*, C.A. No. 2020-0364-PAF (Del. Chancery Ct.); *In re Evoqua Water Techs. Corp. Sec. Litig.*, Master File No. 1:18-cv-10320-JPC (S.D.N.Y.); *Hollywood Firefighters' Pension Fund v. Malone*, C.A. No. 2020-0880-SG (Del. Chancery Ct.); *In re Allergan Generic Drug Pricing Sec. Litig.*, Case No. 2:16-cv9449 (KSH) (CLW) (D.N.J.); *In re Valeant Pharms. Int'l, Inc. Third-Party Payor Litig.*, Civil Action No. 16-3087 (MAS) (LHG) (D.N.J.); *Searles v. DeMartini*, C.A. No. 2020-0136-KSJM (Del. Chancery Ct.); *In re Merit Medical Sys., Inc. Sec. Litig.*, Master File No. No. 8:19-cv-02326-DOC-ADS (C.D. Cal.); *In re Frontier Commc'ns Corp. Stockholders Litig.*, No. 3:17-cv-01617-VAB (D. Conn.); *In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litig.*, Misc. Action No. 13-mc-1288 (RCL) (D.D.C.); *In re Myriad Genetics, Inc. Sec. Litig.*, Case No. 2:19-cv-00707-DBB (D. Utah); and *In re Columbia Pipeline Group, Inc. Merger Litig.*, C.A. No. 2018-0484-JTL (Del. Chancery Ct.). By way of comparison, BLB&G selected a notice or claims administrator in a total of 27 new engagements during this same two-year period, so A.B. Data was selected as the administrator in roughly one half of the new engagements during that

period. A.B. Data also continued to perform ongoing work during this period on settlements and other engagements with Lead Counsel which began more than two years ago.

6. Based on BLB&G's extensive experience and oversight of A.B. Data in providing notice and settlement administrative services in previous securities class actions, BLB&G has found A.B. Data to be highly competent and reliable notice and claims administrator, with competitive pricing compared to similar firms.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2022, in New York, New York.

*/s John Rizio-Hamilton*
John Rizio-Hamilton

#3108852