United States District Court
Northern District of California

1

2

3        **UNITED STATES DISTRICT COURT**

4        **NORTHERN DISTRICT OF CALIFORNIA**

5        **SAN JOSE DIVISION**

6

7    CITY OF SUNRISE FIREFIGHTERS'         Case No.  18-cv-04844-BLF
     PENSION FUND, et al.,
8
             Plaintiffs,
9                                          **ORDER ADVISING LEAD PLAINTIFF**
         v.                                **UNION ASSET MANAGEMENT**
10                                         **HOLDING AG RE: HEARING ON**
     ORACLE CORPORATION, et al.,           **MOTION FOR PRELIMINARY**
11                                         **APPROVAL OF SETTLEMENT**
             Defendants.
12                                         [Re:  ECF No. 128]

13            On July 11, 2022, Lead Plaintiff Union Asset Management Holding AG ("Union") filed a

14   Motion for Preliminary Approval of Settlement.  *See* Motion, ECF No. 128.  Union indicates that,

15   because the Motion is unopposed, the Court may decide the Motion on the papers and without a

16   hearing.  *See id.* at 1.  The Court hereby ADVISES Lead Plaintiff that the Court requires a hearing

17   on preliminary approval motions.  Accordingly, the Court DECLINES to decide the Motion on the

18   papers, and the hearing on the Motion on September 15, 2022 at 9:00 A.M. will proceed as

19   scheduled.

20            **IT IS SO ORDERED.**

21

22   Dated:  July 13, 2022

23                                         _____

24                                         BETH LABSON FREEMAN
                                           United States District Judge
25

26

27

28