JORDAN ETH (CA SBN 121617)
JEth@mofo.com
MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
ROBERT W. MAY (CA SBN 295566)
RMay@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
ORACLE CORPORATION, SAFRA A. CATZ, PAULA R. HURD, AS TRUSTEE OF THE HURD FAMILY TRUST, LAWRENCE J. ELLISON and KEN BOND

DORIAN DALEY (CA SBN 129049)
Dorian.Daley@oracle.com
PEGGY BRUGGMAN (CA SBN 184176)
Peggy.Bruggman@oracle.com
JAMES C. MAROULIS (CA SBN 208316)
Jim.Maroulis@oracle.com
500 Oracle Parkway
Mail Stop 5OP7
Redwood City, California 94065
Telephone: 650.506.5200
Facsimile: 650.506.7114

Attorneys for Defendant
ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. 5:18-cv-4844-BLF<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION REGARDING LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: September 15, 2022<br>Time: 9:00 a.m.<br>Ctrm: 3, Fifth Floor<br>Judge: Hon. Beth Labson Freeman |

Pursuant to Civil Local Rule 7-3, Defendants state that they do not oppose Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement. (*See* ECF No. 128.)[1]

Dated: July 25, 2022

MORRISON & FOERSTER LLP

By: */s/ Mark R.S. Foster*
Mark R.S. Foster

Attorneys for Defendants
ORACLE CORPORATION,
SAFRA A. CATZ, PAULA R. HURD, AS TRUSTEE OF THE HURD FAMILY TRUST, LAWRENCE J. ELLISON, and KEN BOND

[1] Defendants continue to dispute Lead Plaintiff's allegations as well as characterizations of certain allegations, facts, and events.